UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,** <br> **Pro Se Plaintiff** <br><br> -against- <br><br> **Jason Goodman,** <br> **Defendant** | **PRO SE** <br><br> 1:23-cv-05875-UA |

NOTICE OF RELATED LITIGATION

1:18-cv-08653-VEC-SDA Sweigert v. Goodman
Valerie E. Caproni, presiding

---

Signed July 14th, 2023 (7/14/2023)

*D. Swt* (signature)

D. G. SWEIGERT PRO SE DEFENDANT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719