D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

August 12, 2023

*Sweigert v. Goodman et al, 23-cv-05875-LTS*

Honorable Laura Taylor Swain
U.S. District Chief Judge
U.S. District Court
500 Pearl Street
New York, N.Y. 10007
Via ECF filing and e-mail to Chambers @nysd.uscourts.gov

SUBJ:   Request for Leave of the Court to file a letter motion

Your Honor,

1.      Jason Goodman of the social media show "CrowdSource The Truth" is the Defendant. Goodman publishes videos about his numerous S.D.N.Y. lawsuits, example (posted yesterday).



https://www.youtube.com/watch?v=PwP3n_UxZAo

2.      The undersigned incorrectly placed a motion on the docket (ECF no. 5) that was lacking the certification of informal methods to confer with an opposing part as articulated in para. 2(b)(ii) of the INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN, January 19, 2023.

3. E-mail messaging requesting Mr. Goodman's interaction with regard to para. 2(b)(ii) has been unproductive as he remains silent with regards to this instant action, except for distressing messages sent by Mr. Goodman's Twitter account (see attached) to the undersigned's attention. EXHIBIT A

4. As Mr. Goodman initiated a legal action against the undersigned that has recently concluded (*Goodman v. Bouzy*, et. al. Case No. 1: 21-cv-10878-AT-JLC), he has exchanged literally hundreds of e-mail messages to the undersigned.  EXHIBIT B

5. Kindly take note of the undersigned's error (ECF no. 5) and authorize a letter motion to consolidate this action with 23-cv-06881-UA *Sweigert v. Multimedia System Design, Inc. et al* after appropriate fees are paid (forthcoming).

Respectfully,    Signed August 12, 2023.

**D.G. SWEIGERT, PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

21stcentury3d@gmail.com

jason@21stcentury3d.com

Georg.webb@gmail.com

Certified under penalties of perjury.

Signed this 12th day of August 2023 (8/12/2023).

*D. S—t*  **PRO SE PLAINTIFF**

# EXHIBIT A

https://twitter.com/GHenryDickface







EXHIBIT B

---------- Original Message ----------
**From: Spoliation Notice <spoliation-notice@mailbox.org>**
**To: Jason Goodman <truth@crowdsourcethetruth.org>,** Spoliation Notice <spoliation-notice@mailbox.org>, "spoliation@posteo.net" <spoliation@posteo.net>, "georg.webb@gmail.com" <georg.webb@gmail.com>
Date: 08/08/2023 6:49 PM PDT
Subject: Re: Filed with the court


Jason Goodman,

Your attention is directed to the attached motion.

The undersigned has been informed that an attempt must be made to confer with you regarding such a motion, prior to its filing.

Therefore, the attached motion is the undersigned's attempt to confer with you on this matter.

Do you have any feedback on this paper?

Best,

D. G. Sweigert

See:

b. Informal efforts to resolve issues required.
i. Pre-motion communications.
(1) In civil matters, prior to making a motion of any type, and prior to
requesting a conference on any discovery issues, the parties must use
their best efforts to resolve informally the matters in controversy.
Such efforts must include, but need not be limited to, an exchange of
letters outlining their respective legal and factual positions on the
matters and at least one telephonic or in-person discussion of the
matters

[emphasis added]

> ---------- Original Message ----------
> **From: Jason Goodman <truth@crowdsourcethetruth.org>**
> **To: David George Acton Sweigert <spoliation-notice@mailbox.org>**
> Cc: "Berlin, Seth D." <BerlinS@ballardspahr.com>, "Mishkin, Maxwell S." <MishkinM@ballardspahr.com>, George Webb Sweigert <georg.webb@gmail.com>, Mary Kate Brennan <MaryKate.Brennan@finnegan.com>, Liz Lockwood <liz.lockwood@alilockwood.com>, John Mills <jtmills@grsm.com>, "spoliation@posteo.net" <spoliation@posteo.net>
> Date: 08/07/2023 10:29 AM PDT
> Subject: Re: Filed with the 2nd circuit
>
>
> > On Aug 7, 2023, at 1:09 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
> >
> > Mr. Goodman,
> >
> > You have failed to provide a certificate of service per the FRAP.
> >
> > Best,
> >
> >     [Emphasis added]