UNITED STATES DISTRICT COURT
FOR THE SOUTHERN NEW YORK

| | |
|---|---|
| D. George Sweigert,<br>Plaintiff<br><br>v.<br><br>Jason Goodman,<br>dba Crowd Source The Truth,<br>dba 21st Century 3D,<br>Defendants | PRO SE<br><br><br>23-cv-05875-LTS |

NOTICE TO THE CLERK
CERTIFICATE OF MAILING

Pro se Plaintiff, D. George Sweigert, hereby informs this Court that a U.S. Postal Money order for $402.00 is presently in an overnight express pouch within the U.S. Postal System (U.S.P.S.) with delivery assured Monday, August 28, 2023 to the CLERK OF THE COURT. Below is the transit documentation, with a delivery attempt, from the U.S.P.S. web-site.

**Latest Update**

We were unable to deliver your package at 9:27 am on August 26, 2023 in NEW YORK, NY 10007 because the business was closed. We will redeliver on the next business day. No action needed.

Get More Out of USPS Tracking:
USPS Tracking Plus®

**Delivery Attempt**
Redelivery Scheduled for Next Business Day
NEW YORK, NY 10007
August 26, 2023, 9:27 am

**Out for Delivery**
NEW YORK, NY 10007
August 26, 2023, 7:23 am

See All Tracking History

1

Hereby certified under the penalties of perjury that the foregoing is truthful and accurate.

August 26, 2023 (08/26/2023)

*D. Sgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O<br>PMB 13339, 514 Americas Way,<br>Box Elder, SD 57719

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

Certified under penalties of perjury.

August 26, 2023 (08/26/2023)

*D. Sgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O<br>PMB 13339, 514 Americas Way,<br>Box Elder, SD 57719