D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

August 28, 2023

*Sweigert v. Goodman et al, 23-cv-05875-LTS*

Honorable Laura Taylor Swain
U.S. District Chief Judge
U.S. District Court
500 Pearl Street
New York, N.Y. 10007
Via ECF filing and e-mail to Chambers @nysd.uscourts.gov

SUBJ:   Request for Leave of the Court for delay in complying with ORDER (ECF no. 4) due to excusable neglect.

Your Honor,

1.   The undersigned requests that pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) the Court extend the deadline of compliance with ECF no. 4 (08/28/2023) a few hours as the U.S. Postal Money ORDER for $402.00 is presently in transit within the S.D.N.Y. mail room. See below (screen shot of U.S. Postal Service web-site).

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:31 pm on August 28, 2023 in NEW YORK, NY 10007.

**Delivered**
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
August 28, 2023, 1:31 pm

2.   Payment was delayed due to the improper selection of the U.S.P.S. delivery product. The undersigned was confused by a postal employee and was informed that delivery would be made on Friday, 08/25/2023. The undersigned selected the wrong U.S.P.S. product at the self-service kiosk. The undersigned was acting in good faith to comply with the ECF no. 4 ORDER when he mailed the article.

3.   This is the first time the undersigned Plaintiff has filed an action in the S.D.N.Y. As the Defendant has not yet been served, he is not prejudiced by such an extension. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

Respectfully,

D. Swt

**D. G. SWEIGERT PRO SE PLAINTIFF**

*Application granted. The Clerk should mail a copy of this Order to the pro se plaintiff. So ordered.*
*9/5/23  [signature] U.S.D.J.*

1

## CERTIFICATE OF SERVICE

It is hereby certified under the penalties of perjury that a true copy PDF file has been sent via e-mail message to the following:

---

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Georg.webb@gmail.com

Certified under penalties of perjury.

August 28, 2023 (08/28/2023)

*D. Sgt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719