D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

Sept. 26, 2023

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable John G. Koeltl, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Letter motion pursuit to F.R.C.P. Rule 4(c)(3) for service by U.S. Marshall

Your Honor,

1.   Attached is an affidavit of non-service after an attempt was made to serve the Amended Complaint (ECF no. 13) on the Defendant at his widely known broadcast address. For the reasons stated herein, the pro se Plaintiff requests the Court grant permission to effect service by U.S. Marshal, see *Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir 2007).

2.   The address used for the Defendant on the summons form is the same address Mr. Goodman has submitted to the U.S. Court of Appeals for the Second Circuit in his Appellant brief (ECF 41, 9/11/2023) in *Goodman v. Bouzy,* Docket no. 23-1100.

> 09/11/2023  41  BRIEF, on behalf of Appellant Jason Goodman, FILED. Service date 09/06/2023 by US mail. [3567091] [23-1100] [Entered: 09/11/2023 02:42 PM]

3.   The process server, attempting to serve the Amended Complaint, made the following observation, as sworn under oath (see attached exhibit):

9/26/2023 3:21 PM: I spoke with an individual who identified themselves as the doorman and they stated subject unknown. I spoke with a property manager/landlord who says not resident. I spoke to the doorman named tony who advised that the recipient is unknown at location. and that the recipient does not exist at location. I also spoke with superintendent of building who advised that the recipient is unknown at location. The doorman is a white skin male. Hair black. Age 35-50. Ht 5.9-6ft. Wt 181-200

4.   Mr. Goodman broadcasts his "COUNTER LAWFARE" video podcasts from his home at this address. Below is a screen shot of his video broadcast on 9/26/2023 in Apartment 6-S.

1



https://www.youtube.com/watch?v=pvVI-EkmVU4

5. The address used is the same address as used on a Commonwealth of Virginia restraining order served upon him at his apartment by a sheriff's deputy.



6. In light of the above, it appears Goodman has advised his doorman and property manager to provide erroneous information to a civilian process server. It appears that a sworn officer does not have the same obstacles.

7. Therefore, the pro se Plaintiff requests that this Court authorize service of the summons and the Amended Complaint by the U.S. Marshals Service.


Respectfully,    Signed 9/26/2023.

*D. S—t*

                                                        **D.G. SWEIGERT, PRO SE PLAINTIFF**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   23-CV-05875-JGK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Jason Goodman, dba 21ST Century 3D dba Crowdsource The Truth
was recieved by me on  9/25/2023:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Unknown** after attempting service at **252 7th Avenue Apt 6S, New York, NY 10001**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/26/2023

*Server's signature*: Musab Nassar

**Musab Nassar**
*Printed name and title*

**8225 5th ave**
**#220**
**Brooklyn, NY 11209**

*Server's address*

Additional information regarding attempted service, etc:

**9/26/2023 3:21 PM: I spoke with an individual who identified themselves as the doorman and they stated subject unknown. I spoke with a property manager/landlord who says not resident.  I spoke to the doorman named tony who advised that the recipient is unknown at location. and that the recipient does not exist at location. I also spoke with superintendent of building who advised that the recipient is unknown at location. The doorman is a white skin male. Hair black. Age 35-50. Ht 5.9-6ft. Wt 181-200**





Tracking #: **0114861628**