UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

D. G. SWEIGERT,

              Plaintiff,

   - against -

JASON GOODMAN, ET AL.,

              Defendants.
───────────────────────────────

23-cv-5875 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff may seek alternative methods of service pursuant to the New York statute. See N.Y. C.P.L.R. § 308. There is no basis for service by the United States Marshals. The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket.

**SO ORDERED.**

Dated:    New York, New York
             September 28, 2023

                                          John G. Koeltl
                                    United States District Judge