D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

Sept. 29, 2023

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable John G. Koeltl, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Letter motion to correct the record concerning 30/60 day IFP review

Your Honor,

1.   Presently ECF 14, 15, 16 (summons forms) are coded "30/60 Days Amended Complaint" on the docket.

2.   It is believed by the pro se Plaintiff that such a coding is only appropriate in IFP cases, and not actions (like this one) where the plaintiff has paid the full court filing fee for the docketing of the complaint.

3.   The pro so Plaintiff requests that the Court use its inherent powers to release the "30/60 Days" hold to allow the summons forms to be signed by the Clerk so that service can be affected on the social media corporate defendants.

Respectfully,    Signed 9/29/2023.

*[signature]*

**D.G. SWEIGERT, PRO SE PLAINTIFF**