```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D.G. SWEIGERT

               Plaintiff,

- against -

JASON GOODMAN, ET AL.,

               Defendants.

23-cv-6881 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's motion to consolidate Sweigert v. Goodman, No. 23-cv-6881 and Sweigert v. Goodman, No. 23-cv-5875 is **granted**. The Clerk is directed to close ECF No. 33.

The plaintiff is directed to update this Court if service was effected by **October 13, 2023**.

SO ORDERED.

Dated:    New York, New York
           October 4, 2023

                                              John G. Koeltl
                                       United States District Judge