UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,**<br>　　　　　　**Plaintiff**<br><br>　　　　　　**Versus**<br><br>**Jason Goodman,**<br>**dba 21st Century 3D**<br>**dba CrowdSource The Truth**<br><br>**Corean Elizabeth Stoughton**<br>**dba DEEP NSA**<br><br>**GOOGLE, LLC,**<br>**aka YOUTUBE, LLC,**<br>**aka ALPHABET, INC.**<br>**Delaware Corporations**<br><br>**TWITTER, INC.,**<br>**aka X CORP**<br>**A Nevada Corporation**<br>　　　　　　**Defendants** | **PRO SE**<br><br>**23-cv-05875-JGK**<br><br>**John G. Koeltl, presiding**<br><br>**AFFIDAVIT OF SERVICE UPON JASON GOODMAN**<br><br>**ASSOCIATION:**<br>**23-cv-06881-JGK** |

**AFFIDAVIT OF ELECTRONIC SERVICE UPON JASON GOODMAN OF**

**23-CV-05875-JGK AMENDED COMPLAINT AND SUMMONS**

NOW COMES the *pro se* Plaintiff to swear under the penalties of perjury to the following:

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

An electronic e-mail message, with the summons and amended complaint of this action attached, **23-CV-05875-JGK**, was transmitted to Jason Goodman at truth@crowdsourcethetruth.org.  An accurate and true rendering of the e-mail message is pictured below.



---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "truth@crowdsourcethetruth.org" <truth@crowdsourcethetruth.org>, Spoliation Notice <spoliation-notice@mailbox.org>, "spoliation@posteo.net" <spoliation@posteo.net>
Date: 10/09/2023 1:22 PM PDT
Subject: LEGAL WARNING TO JASON GOODMAN


Attached for your records.

Approximately two minutes after the above e-mail message was sent, with the summons and amended complaint attached, a read mail receipt was delivered to the Plaintiff's e-mail box, as shown below.

> Subject Fwd: Read: LEGAL WARNING TO JASON GOODMAN
>
> ---------- Original Message ----------
> From: Jason Goodman <truth@crowdsourcethetruth.org>
> To: Spoliation Notice <spoliation-notice@mailbox.org>
> Date: 10/09/2023 1:24 PM PDT
> Subject: Read: LEGAL WARNING TO JASON GOODMAN
>
> Your message
>
> To: Jason Goodman
> Subject: LEGAL WARNING TO JASON GOODMAN
> Sent: Monday, October 9, 2023 4:22:04 PM (UTC-05:00) Eastern Time (US & Canada)
>
> was read on Monday, October 9, 2023 4:24:10 PM (UTC-05:00) Eastern Time (US & Canada).

---------- Original Message ----------
From: Jason Goodman <truth@crowdsourcethetruth.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Date: 10/09/2023 1:24 PM PDT
Subject: Read: LEGAL WARNING TO JASON GOODMAN


Your message

To: Jason Goodman
Subject: LEGAL WARNING TO JASON GOODMAN
Sent: Monday, October 9, 2023 4:22:04 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Monday, October 9, 2023 4:24:10 PM (UTC-05:00) Eastern Time (US & Canada).

I hereby attest that the above screen shots are true and accurate artifacts of the original message under the penalties of perjury. Signed October 10, 2023 (10/10/2023).

*D. Sgt*

**D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719**