**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **D. G. Sweigert,**<br>                             **Plaintiff**<br><br>                     **Versus**<br><br>**Jason Goodman,**<br>**dba 21st Century 3D**<br>**dba CrowdSource The Truth, et. al.**<br>                             **Defendants** | **PRO SE**<br><br>**23-cv-05875-JGK**<br><br>**John G. Koeltl, presiding**<br><br><br><br>**RELATED:**<br>**23-cv-06881-UA** |

**AMENDED AFFIDAVIT OF ELECTRONIC SERVICE UPON JASON GOODMAN OF**
**23-CV-05875-JGK TO REPLACE ECF 22**

NOW COMES the *pro se* Plaintiff to swear under the penalties of perjury to the following:

An electronic e-mail message, with the ORDER ECF no. 23, Court summons and amended complaint of this action attached, **23-CV-05875-JGK,** was transmitted to Jason Goodman.  This message was transmitted to Jason Goodman at truth@crowdsourcethetruth.org. An accurate and true rendering of the e-mail message is pictured below:

1



From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "truth@crowdsourcethetruth.org" <truth@crowdsourcethetruth.org>,
"jason@21stcentury3d.com" <jason@21stcentury3d.com>, Spoliation Notice <spoliation-notice@mailbox.org>, "spoliation@posteo.net" <spoliation@posteo.net>
Date: 10/12/2023 5:10 PM PDT
Subject: RE: David Sweigert


REF: David Sweigert


Dear Sir,

Attached for your action are documents of the Court including a federal order which states:

     ORDER: Accordingly, the plaintiff may serve the Summons, Complaint, and all other pleadings and papers in this action upon defendant Goodman d/b/a 21st Century 3D d/b/a CrowdSource The Truth by sending the Summons and Amended Complaint, and a copy of this Order, by electronic mail to the email address for the defendant listed in the plaintiff's October 10, 2023 submission. As to the status of service on the other defendants -- Corean Elizabeth Stoughton, Alphabet, Inc., and X Corp. -- the plaintiff is directed to update this Court on the status of service on the defendants by October 26, 2023. The plaintiff is advised that if assistance is needed, the plaintiff may contact NYLAG. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and note service on the docket. (Signed by Judge John G. Koeltl on 10/12/2023) Filed In Associated Cases: 1:23-cv-05875-JGK, 1:23-cv-06881-JGK (ate) (Entered: 10/12/2023)

Approximately eight (8) minutes after the above e-mail message was sent, with the ORDER

ECF no. 23, summons and amended complaint attached, a read mail receipt was delivered to the

Plaintiff's e-mail box, as shown below.



From: Jason Goodman <truth@crowdsourcethetruth.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Date: 10/12/2023 5:18 PM PDT
Subject: Read: RE: David Sweigert


Your message

To: Jason Goodman
Subject: RE: David Sweigert
Sent: Thursday, October 12, 2023 8:10:47 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Thursday, October 12, 2023 8:18:20 PM (UTC-05:00) Eastern Time (US & Canada).

I hereby attest that the above computer screen shots are true and text insertions are accurate artifacts of the original messages, hereby sworn under the penalties of perjury.

Signed this Friday, October 13, 2023 (10/13/2023).

*D. G. SWEIGERT, C/O*
*AMERICA'S RV MAILBOX, PMB 13339*
*514 Americas Way, Box Elder, SD 57719*