UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br>              Plaintiff<br><br>Versus<br><br>Jason Goodman,<br>dba 21st Century 3D<br>dba CrowdSource The Truth, et. al.<br>              Defendants | PRO SE<br><br>23-cv-05875-JGK<br><br>John G. Koeltl, presiding<br><br><br>RELATED:<br>23-cv-06881-UA |

**CONFIRMATION OF SERVICE UPON JASON GOODMAN OF
23-CV-05875-JGK SUMMONS AND COMPLAINT**

**TO THE CLERK:** NOW COMES the *pro se* Plaintiff (undersigned) to swear under the penalties of perjury to the following:

1.      On October 14th, 2023 the undersigned viewed a social media video podcast on YOUTUBE.COM. In said video the speaker, identified as Jason Goodman, stated (as shown in screen shots of transcripts below) that he had received the summons and amended complaint and that a judge had authorized that technique. Mr. Goodman said "I have been served".

2.      As shown in the artifacts below, the speaker (Goodman) also stated that he was being sued by David Sweigert a contract employee for the U.S. National Institute of Health (NIH). The undersigned has never had any association, whatsoever, with the N.I.H. The undersigned has never received monies as a subcontractor or employee from the N.I.H. The undersigned is not paid by N.I.H. to bring a legal action against Mr. Goodman (as he states in the video podcast).





https://www.youtube.com/watch?v=gIFAo3Ylgjo





https://www.youtube.com/watch?v=gIFAo3Ylgjo

I hereby attest that the above computer screen shots are true and text insertions are accurate artifacts of the original messages, hereby sworn under the penalties of perjury.

Signed this October 15, 2023 (10/15/2023)

*D. G. SWEIGERT, C/O*
*AMERICA'S RV MAILBOX, PMB 13339*
*514 Americas Way, Box Elder, SD 57719*

## CERTIFICATE OF SERVICE

The undersigned affirms a true copy of this PDF file has been sent via electronic mail message to Jason Goodman at **truth@crowdsourcethetruth.org** .

Signed this October 15, 2023 (10/15/2023)

*D. G. SWEIGERT, C/O*
*AMERICA'S RV MAILBOX, PMB 13339*
*514 Americas Way, Box Elder, SD 57719*