AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **23-CV-05875-JGK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **X CORP**
was recieved by me on  **10/17/2023:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒     I served the summons on **CT CORPORATION SYSTEM**, who is designated by law to accept service of process on behalf of **X CORP** at **701 South Carson Street #200, Carson City, NV 89701** on **10/17/2023 at 2:47 PM**; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  10/17/2023

_____
*Server's signature*

**Samantha Curl**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT CORPORATION SYSTEM, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'10"-6'0" tall and weighing 240-300 lbs.**



Tracking #: **0116279029**
