D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

October 20, 2023

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable John G. Koeltl
U.S. District Judge
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:    Plaintiff waives his rights to the 21-day Safe Harbor provisions of FCRP Rule 11

Your Honor,

1.    The undersigned *pro se* Plaintiff has received a Rule 11 Safe Harbor demand from Defendant Jason Goodman (an ECF filer), as he explains in his hyper-technical letter to you dated 10/18/2023 ECF no. 28 (which was served upon the undersigned by U.S. Postal Service mail and not electronically).

2.    Concerning justification for Mr. Goodman's extension request the *pro se* Plaintiff waived his rights to the 21-day Safe Harbor provisions of Rule 11 (as stated in several e-mail messages to the Defendant shown below).

3.    Therefore, the *pro se* Plaintiff does not understand Mr. Goodman's request for delay as articulated in his letter of 10/18/2023 ECF 28 in which he cites the 21-day Safe Harbor provisions as justification for the delay.

> From: Spoliation Notice <spoliation-notice@mailbox.org>
> To: Jason Goodman <truth@crowdsourcethetruth.org>
> Cc: "spoliation@posteo.net" <spoliation@posteo.net>, Spoliation Notice <spoliation-notice@mailbox.org>
> Date: 10/18/2023 5:17 PM PDT
> Subject: Re: URGENT This is your 21 day safe harbor notification a motion for sanctions pursuant to FRCP Rule 11 may be filed against you
>
>
> Mr. Goodman,
>
> The answer you seek is the 21 days of the Rule 11 safe harbor have been waived.
>
> Therefore, there is no need for the delay.
>
> Best,

1

> From: Spoliation Notice <spoliation-notice@mailbox.org>
> To: Jason Goodman <truth@crowdsourcethetruth.org>
> Cc: "spoliation@posteo.net" <spoliation@posteo.net>, Spoliation Notice <spoliation-notice@mailbox.org>
> Date: 10/18/2023 8:06 AM PDT
> Subject: Re: URGENT This is your 21 day safe harbor notification a motion for sanctions pursuant to FRCP Rule 11 may be filed against you
>
>
> What it means is that the 21 day safe harbor is hereby waived.
>
> File your Rule 11 with the Court.
>
> Best,

Respectfully,    Signed 10/20/2023

*D. S—t*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

### CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,    Signed this October 20th, 2023 (10/20/2023)

*D. S—t*   **PRO SE DEFENDANT**