```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,

                Plaintiff,

- against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    These are two open cases involving substantially the same parties and should be consolidated. Therefore, the defendant's motion for reconsideration is **denied**. The Clerk is directed to close No. 23-cv-5875, ECF No. 36, and No. 23-cv-6881, ECF No. 39, mail a copy of this Order to the pro se parties, and note service on the docket.

SO ORDERED.

Dated:    New York, New York
            October 25, 2023

                                                John G. Koeltl
                                     United States District Judge