D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

October 25, 2023

*Sweigert v. Goodman,* 23-cv-05875-JGK

U.S. District Judge Honorable John G. Koeltl
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF

SUBJ:    Request for pre-motion conference with the Court

Dear Judge Koeltl,

1. The social media defendant ALPHABET, INC. has terminated the six (6) ban evasion YouTube channels controlled by defendant Jason Goodman.

2. Apparently, this is the basis for defendant Goodman requesting a pre-motion conference (based on three e-mail messages received from him).

3. Therefore, the undersigned requests a pre-motion conference to accommodate the mutual desires of both parties for such a conference.

Respectfully,    Signed 10/25/2023

*D. Swt*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of the attached has been sent via electronic mail to:

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC.

truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,     Signed this October 25, 2023 (10/25/2023)

*D. Smt*     **PRO SE PLAINTIFF**