UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br><br>　　　　　　　Plaintiff<br><br>　　　　Versus<br><br>Jason Goodman,<br><br>　　　　　　　Defendants | PRO SE<br><br>23-cv-05875-JGK<br><br>John G. Koeltl, presiding<br><br>RELATED:<br>23-cv-06881-JGK |

### NOTICE OF HARMLESS ERROR AT ECF NO. 33, ALPHABET, INC. SERVED 10/20/2023 NOT 7/4/2023

TO THE CLERK, NOW COMES the *pro se* Plaintiff to alert the CLERK to an error on the docket.

| 10/21/2023 | 33 | PROOF OF SERVICE(CERTIFICATE OF SERVICE) of Summons and Complaint. Alphabet, Inc. served on 7/4/2023, answer due 7/25/2023. Service was accepted by Shannon Miller. Document filed by D. G. Sweigert. (sc) (Entered: 10/23/2023) |
|---|---|---|

Signed this Saturday, October 28, 2023 (10/28/2023).

*D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

### CERTIFICATE OF SERVICE

Copy of this pleading provided to Jason Goodman at e-mail address

truth@crowdsourcethetruth.org on this date, 10/28/2023. Sworn under penalties of perjury.

*D. Sgt*