IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D. G. SWEIGERT

                Plaintiff,
-against-

JASON GOODMAN
                Defendant.
-------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the NOTICE OF MOTION TO AMEND CAPTION via USPS.

D. G. SWEIGERT, C/O

PMB 13339, 514 Americas Way,

Box Elder, SD 57719.

Dated: New York, New York October 29, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998