IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D. G. SWEIGERT

        Plaintiff,

-against-

JASON GOODMAN
    Defendant.
-------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**NOTICE OF MOTION TO AMEND CAPTION**

PLEASE TAKE NOTICE that, with this filing and its associated briefs, defendant Jason Goodman, by and for himself pro se will move this Honorable Court for an Order amending the caption of this instant action pursuant to FRCP Rule 42(a)(3), to correspond with the caption so ordered by this Court in its ruling issued on October 5, 2023, when it consolidated Sweigert v. Goodman, No. 23-cv-6881 and Sweigert v. Goodman No. 23-cv-5875, and further instructing Plaintiff David George Sweigert to cease unnecessarily filing pleadings referencing illegitimate entities or other inappropriate parties in this case.

Dated: New York, New York October 29, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998