IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                D. G. SWEIGERT

                      Plaintiff,
      -against-

              JASON GOODMAN
                Defendant.
-------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the RESPONSE IN OPPOSTIONTION TO MOTION SEEKING LEAVE TO FILE SECOND AMENDED COMPLAINT via USPS.

    D. G. SWEIGERT, C/O

    PMB 13339, 514 Americas Way,

    Box Elder, SD 57719.

Dated: New York, New York October 30, 2023

Respectfully submitted,

*[signature]*

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998