UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. SWEIGERT<br><br>Plaintiff<br><br>Versus<br><br>Multimedia System Design, Inc. et. al<br><br>Defendants | PRO SE<br><br>23-cv-06881-JGK-VF<br><br>Judge John G. Koeltl<br><br>ASSOCIATED:<br>23-cv-05875-JGK-VF |

**NOTICE TO THE CLERK OF HARMLESS ERROR**

NOW COMES the *pro se* Plaintiff to advise the CLERK OF THE COURT that the caption for this action appears to be in error. There is no order or other operative document that has terminated the parties as shown below. Please look into this matter.

> V.
> **Defendant**
> Multimedia System Design, Inc.
> TERMINATED: 09/10/2023
> *doing business as*
> CROWDSOURCE THE TRUTH
> TERMINATED: 09/10/2023
> *doing business as*
> 21st Century 3D
> TERMINATED: 09/10/2023

Signed November 4, 2023

*D. Swt* (signature)

PRO SE PLAINTIFF

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719

1

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

Certified under penalties of perjury.

Respectfully,    Signed this November 4th, 2023 (11/04/2023)

*D. Sgt*

**D.G. SWEIGERT, PRO SE PLAINTIFF**