D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 3, 2023

*Sweigert v. Goodman*, **23-cv-05875-JGK**
**Associated action: 23-cv-06881-JGK**

U.S. District Judge Honorable John G. Koeltl
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Letter motion for leave to file a Request for Judicial Notice pursuant to FRE Rule 201

Your Honor,

1.   Defendant Jason Goodman has stated his intent to file a FRCP Rule 11 motion against the undersigned. It is hereby requested that a motion be authorized to allow the undersigned to fully brief the Court on pertinent litigation filed by Mr. Goodman against social media Defendant X CORP which substantiates the Amended Complaint as a non-frivolous artifact.

*Goodman v. The City of New York & X CORP* et al, 23-cv-09648-UA, filed 10/31/2023

Respectfully,   Signed 11/03/2023

**D.G. SWEIGERT, PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,   Signed this November 3rd, 2023 (11/03/2023)

**D.G. SWEIGERT, PRO SE PLAINTIFF**

1