```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a pre-motion conference by telephone on **November 20, 2023,** at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

The time for the defendant X Corp. to respond to the complaint is stayed until a time to be set at the pre-motion conference.

**SO ORDERED.**

Dated:    New York, New York
            November 7, 2023

                                      John G. Koeltl
                              **United States District Judge**