UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. SWEIGERT <br><br> Plaintiff <br><br> Versus <br><br> Jason Goodman <br><br> Defendants | PRO SE <br><br> 23-cv-05875-JGK-VF <br><br> Judge John G. Koeltl <br><br> ASSOCIATED: <br> 23-cv-06881-JGK-VF |

**NOTICE TO DISMISS SOCIAL MEDIA DEFENDANTS**

MAY IT PLEASE THE COURT the *pro se* Plaintiff hereby releases the social media Defendants TWITTER/X CORP and GOOGLE/ALPHABET from this litigation in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and prays this Court for such an order to dismiss the relevant claims WITHOUT PREJUDICE. Jason Goodman will be the remaining defendant in 23-cv-05875-JGK-VF.

> *See Money Tree Cap. Funding, LLC v. Money Tree Cap. Markets LLC*, No. 22-CV-10084 (ER), 2023 WL 2346364, at *2 (S.D.N.Y. Mar. 3, 2023) ("District courts within the Second Circuit have adopted the approach of the majority of courts in other circuits -- that is, that Rule 41(a) does not require dismissal of the action in its entirety." (cleaned up)); *ICICI Bank Ltd. v. Doshi*, No. 19-CV-11788 (RA), 2021 WL 6052117, at *1 (S.D.N.Y. Dec. 21, 2021) ("The weight of authority holds that, pursuant to Fed. R. Civ. P. 41(a)(1), a plaintiff may dismiss its claims against less than all defendants in a multi-defendant case.").

Signed November 7, 2023

*PRO SE PLAINTIFF*

*D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719*

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,     Signed this November 7th, 2023 (11/07/2023)

**D.G. SWEIGERT, PRO SE PLAINTIFF**