UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.G. SWEIGERT,<br><br>      Plaintiff,<br><br>v.<br><br>JASON GOODMAN, et al.,<br><br>      Defendants. | 23 Civ. 5875 (JGK)<br><br>**AFFIDAVIT OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>** |

I, Kenneth M. Trujillo-Jamison, being duly sworn, hereby depose and say the following:

1. I am a partner of the law firm Willenken LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the State Bar of California.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. Wherefore, I respectfully request that I be permitted to appear as counsel *pro hac vice* and advocate for Defendant X Corp., as successor in interest to named defendant Twitter, Inc. in this case.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

Dated: November 2, 2023
   Los Angeles, California

_____
Kenneth M. Trujillo-Jamison

State of: _____

County of: _____  } SS:

On this ___th day of November, 2023 before me _____(Notary Public), _____ (name/s of individual/s) personally appeared before me either know or proved to me with satisfactory identification to be the person/s whose name/s is/are subscribed, signed, sworn, affirmed, acknowledged, or a true and correct copy of within the instrument as he/she/they executed the same in his/her/their authorized capacity/capacities and that by his/her/their signature/s on the instrument the person/s, or the entity/entities upon behalf of which the person/s acted, executed the instrument.

I certify under the penalty of perjury under the laws of this state that the foregoing paragraph is true and correct in witness by my hand and official seal.

**Notary Signature:** _____
Printed Name: _____
Date: _____
My Commission Expires: _____

[Notary Seal]

*See attached notarial certificate*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **2nd** day of **November**, 20**23**,
by
(1) **Kenneth M. Trujillo-Jamison**
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

HELEN H. HSIAO
Notary Public - California
Los Angeles County
Commission # 2345225
My Comm. Expires Feb 5, 2025

*Seal*
*Place Notary Seal Above*

──────────── OPTIONAL ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit of Kenneth M. Trujillo-Jamison**     Document Date: **11/2/2023**
Number of Pages: **2**     Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)     Item #5910



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### KENNETH MICHAEL TRUJILLO-JAMISON

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify KENNETH MICHAEL TRUJILLO-JAMISON #280212 was on the 1st day of December 2011 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of October 23rd, 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Florentino Jimenez, Assistant Deputy Clerk*