UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.G. SWEIGERT,<br><br>      Plaintiff,<br><br>v.<br><br>JASON GOODMAN, et al.,<br><br>      Defendants. | 23 Civ. 5875 (JGK)<br><br>**[PROPOSED] ORDER GRANTING<br>PRO HAC VICE ADMISSION** |

  The motion of Kenneth M. Trujillo-Jamison for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Kenneth M. Trujillo-Jamison |
| Firm Name: | Willenken LLP |
| Address: | 707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017 |
| Email: | Ktrujillo-jamison@willenken.com |
| Telephone: | (213) 955-8031 |
| Facsimile: | (213) 955-9250 |

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant X Corp., as successor in interest to named defendant Twitter, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2023         _____
                                                                        United States District Judge