UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.G. SWEIGERT,<br><br>     Plaintiff,<br><br>v.<br><br>JASON GOODMAN, et al.,<br><br>     Defendants. | 23 Civ. 5875 (JGK)<br><br>**CERTIFICATION OF SERVICE** |

I, Lisa S. Gibbons, hereby certify:

1. I am a Legal Assistant at the law firm of Willenken LLP, attorneys for X Corp., as successor in interest for defendant Twitter, Inc.

2. On November 3, 2023, I served true and correct copies of the following:

    a) Appearance of Counsel;

    b) Rule 7.1 Statement;

    c) Notice of Motion to Admit Counsel Pro Hac Vice;

    d) Affidavit of Kenneth M. Trujillo-Jamison In Support of Motion to Admit Counsel Pro Hac Vice;

    e) [Proposed] Order Granting Pro Hac Vice Admission; and

    f) Pre-Motion Letter;

Via U.S. Mail to:

D.G. Sweigert
c/o PMB 13339
514 Americas Way
Box Elder, SD 57719


Dated:  Los Angeles, California
    November 3, 2023

                               _____
                                     Lisa S. Gibbons