D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 15, 2023

*Sweigert v. Goodman,* **23-cv-05875-JGK**
**Associated action: 23-cv-06881-JGK**

U.S. District Judge Honorable John G. Koeltl
U.S. District Court
for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:    EMERGENCY REQUEST for *in camera* hearing or postponement per FCF 58

Dear Judge Koeltl,

1.   You have scheduled a pre-motion conference at 3:00 pm on November 20th, 2023 (Monday) as outlined in ECF no. 58.

2.   The Plaintiff herein requests either a (1) postponement or (2) a non-public telephone access number to support an *in camera* hearing.

3.   Recent disturbing events indicate that a public telephone hearing will compromise the rights of the Plaintiff to a fair trial by impacting the Plaintiff's safety. Given Defendant Jason Goodman's propensity for outlandish public stunts involving telephone communications, it is assumed that Mr. Goodman, or his proxies, will misuse the audio portion of the telephonic conference to upset the fair administration of justice.

4.   Today Mr. Goodman posted an X CORP / Twitter tweet (with accompanying video) that showcases the work place, work location and office telephone of "David Sweigert". Simultaneously, Mr. Goodman published a video podcast on the Alphabet, Inc. / Google platform in which Mr. Goodman's accuses the Plaintiff of operating a group of clandestine operatives that made an attempt on his life in Nevada.

5.   The X CORP. / Twitter posted video contains Mr. Goodman's voice questioning the holder of the U.S. National Institute of Health (N.I.H.) voice mail (David Sweigert) about his involvement in N.I.H. research projects apparently related to "misinformation" studies. The voice mail identified the holder as "Sweigert, David, NIH" in a computerized audio voice.

1



https://twitter.com/JG_CSTT/status/1724875819795841446/video/1





https://twitter.com/JG_CSTT/status/1724875819795841446

6.     Mr. Goodman states in his podcast video, distributed this date, that "the sooner the [Plaintiff] leaves the planet the better".  See below.



https://www.youtube.com/watch?v=BTwCCQLOazg



7. Mr. Goodman's rhetoric indicates that he is inciting a "cyber mob" to attack the Plaintiff. This is similar to the conduct that Mr. Goodman displayed in prior litigation against a young mother known as Nina Jankowicz and her colleague Ben Wittes (see attached exhibit) that resulted in a pre-filing order.

8. The totality of these recent events has placed the Plaintiff is great apprehension concerning a public telephonic conference in which Mr. Goodman, or one of his many overseas social media proxies, can rebroadcast the proceedings of the Court. Therefore, an *in camera* hearing is requested.

Respectfully,   Signed 11/15/2023

*D. Swt* (signature)

**D.G. SWEIGERT, PRO SE PLAINTIFF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON GOODMAN,

                    Plaintiff,

    -against-                                21 **CIVIL** 10878 (AT)(JLC)

## **JUDGMENT**

CHRISTOPHER ELLIS BOUZY, BOT
SENTINEL, INC, GEORGE WEBB
SWEIGERT, DAVID GEORGE SWEIGERT,
BENJAMIN WITTES, NINA JANKOWICZ,
ADAM SHARP, MARGARET ESQUENET,
THE ACADEMY OF TELEVISION ARTS
AND SCIENCES, SETH BERLIN, MAXWELL
MISHKIN,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, the Court has OVERRULED the parties' objections and ADOPTED the conclusions in the Second R&R. Accordingly: 1. Goodman's motion for default judgment against Bouzy and Bot Sentinel is DENIED. 2. Goodman's motion for sanctions against Bouzy, Bot Sentinel, and Berlin is DENIED. Defendants' request for attorney's fees is DENIED. 3. Goodman's motion for a preliminary injunction is DENIED. 4. Bouzy, Bot Sentinel, Berlin, and Mishkin's motion to dismiss is GRANTED. 5. Sweigert's motion to dismiss is GRANTED. 6. Jankowicz and Wittes's motion to dismiss is GRANTED. 7. For the same reasons that the Court grants the other Defendants' motions to dismiss, Esquenet, Sharp, and ATAS's motion to dismiss is GRANTED. 8. Goodman's motion for leave to amend his complaint is DENIED. 9. Jankowicz and Wittes's motion for sanctions is GRANTED. Goodman is enjoined from filing additional documents on the docket relating to Wittes or Jankowicz in this District; filing any federal district court action against Wittes or Jankowicz

relating to the subject matter in this case; and filing any new pro se action against Wittes or Jankowicz in any federal district court without first obtaining leave of that court. Defendants' request for attorney's fees is DENIED. The complaint is DISMISSED with prejudice as to all Defendants; accordingly, the case is closed.

**Dated:** New York, New York

   June 29, 2023

                   **RUBY J. KRAJICK**

                   _____
                      **Clerk of Court**

          **BY:**   *K. Mango*

                   _____
                      **Deputy Clerk**

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter (EMERGENCY REQUEST for *in camera* hearing or postponement per FCF 58) has been sent via electronic mail to:

Jason Goodman, truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,   Signed this November 15th, 2023 (11/15/2023)

**D.G. SWEIGERT, PRO SE PLAINTIFF**