D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

November 8, 2023

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable Valerie Figueredo
U.S. Magistrate Judge
U.S. District Court
for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing an e-mail

SUBJ:   Scheduling Conference, Monday, November 13, 2023, at 3:00 p.m., ECF no. 49

Your Honor,

1.   Recently, while appearing on a YouTube conspiracy podcast, Defendant Jason Goodman announced the upcoming subject scheduling conference. In the past, Internet "trolls" have recorded these public proceedings for use in YouTube podcasts.

2.   As shown in ECF no. 26, NOTIFICATION OF PRE-FILING ORDER AGAINST JASON GOODMAN, Mr. Goodman has released court protected information in an unauthorized manner.

3.   As it appears the Code of Conduct for United States Judges prohibits "broadcasting, televising, recording, or taking photographs in the courtroom and areas immediately adjacent thereto", the undersigned hereby requests that a restrictive warning be made at the beginning and the termination of the audio recording for the Scheduling Conference, 11/13/2023, to provide an adequate warning against re-broadcast of the Court's proceedings.

Respectfully,   Signed 11/08/2023

*D. S—*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

1

## CERTIFICATE OF SERVICE

Hereby certified that a PDF copy of this letter has been sent via electronic mail to:

Jason Goodman, sole stockholder of ~~MULTIMEDIA SYSTEM DESIGN, INC.~~

truth@crowdsourcethetruth.org

And counsel for X CORP, pshimamoto@willenken.com and ktrujillo-jamison@willenken.com

Certified under penalties of perjury.

Respectfully,     Signed this November 8th, 2023 (11/08/2023)

*[signature]*     **PRO SE PLAINTIFF**