UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.G. SWEIGERT,

                        Plaintiff,                        **23-CV-05875 (JGK) (VF)**

      -against-                                   **ORDER ADJOURNING**
                                                               **CONFERENCE**

JASON GOODMAN ET AL.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       The conference scheduled for **Monday, November 13, 2023, at 3:00 p.m.** is adjourned due to a scheduling conflict. The Court will provide the parties with a new conference date at a later time.

**SO ORDERED.**

DATED:    New York, New York
               November 9, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge