UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.G. SWEIGERT,

                               Plaintiff,                        **23-CV-05875 (JGK) (VF)**

-against-                                      **ORDER SCHEDULING CONFERENCE**

JASON GOODMAN ET AL.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A telephonic conference in this matter is hereby scheduled for **Monday, November 27, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
                November 13, 2023

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge