| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------------X<br>D. G. SWEIGERT<br><br>Plaintiff,<br>-against-<br><br>JASON GOODMAN et al<br>Defendant.<br>-----------------------------------------------------------------------X | 1:23-cv-05875-JGK<br>1:23-cv-06881-JGK<br><br>NOTICE OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF INVESTIGATION INTO FRUAD ON THE COURT |

PLEASE TAKE NOTICE that, with this filing and its associated briefs, memoranda and exhibits, defendant, Jason Goodman, ("Goodman") by and for himself pro se, hereby moves this Honorable Court for an order staying these proceedings pending resolution of the motion in the Southern District of Indiana seeking an investigation into fraud upon the Court including criminal acts in violation 18 U.S. Code §§ 1341 – 1343.

Dated: New York, New York November 22, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998