UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. G. SWEIGERT,

               Plaintiff,

- against -

JASON GOODMAN, ET AL.,

               Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    X Corp. and Alphabet, Inc. are dismissed without prejudice.

    The conference scheduled for November 20, 2023, is canceled.

The Clerk is directed to close ECF No. 53.

**SO ORDERED.**

Dated:    New York, New York
            November 10, 2023

                                                  John G. Koeltl
                                     United States District Judge