UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,**<br>**Plaintiff**<br><br>-against-<br><br>**Jason Goodman,**<br>**dba**<br>**21st Century 3D**<br>**dba**<br>**CrowdSource The Truth** | **PRO SE**<br><br>**23-cv-05875-JGK-VF**<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge<br>Valerie Figueredo<br><br>Related Case:  1:23-cv-06881-JGK-VF |

**PLAINTIFF'S FIRST REQUEST FOR**
**JUDICIAL NOTICE PURSUANT TO F.R.E. 201 (b)**

In light of Defendant Goodman's docketing of his Request for Judicial Notice at ECF no. 83, the *pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration. These judicial orders represent adjudicated facts. The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Signed December 1, 2023  (12/1/2023)

*D. Swt*

                                  **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
                                  **PMB 13339, 514 Americas Way,**
                                  **Box Elder, SD 57719**

# ORDER DECLARING A FRIVOLOUS PLEADING SUBMITTED BY JASON GOODMAN

## JUDGE VALERIE E. CAPRONI, S.D.N.Y., 11/29/2023

---

Case 1:20-cv-07269-VEC-OTW   Document 186   Filed 11/29/23   Page 73 of 73

Application DENIED. Defendant's Rule 60(b) motion to vacate this Court's prior orders is denied as frivolous.

SO ORDERED.   11/29/2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

Case 1:20-cv-07269-VEC-OTW   Document 186   Filed 11/29/23   Page 1 of 73

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE NATIONAL ACADEMY OF TELEVISION ARTS
AND SCIENCES, INC., and ACADEMY OF
TELEVISION ARTS & SCIENCES,
                          Plaintiff,
          -against-

MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a "CROWDSOURCE THE TRUTH",

                          Defendant.
-----------------------------------------------------------------X

20-cv-07269-VEC-OTW

**NOTICE OF MOTION TO VACATE VOID JUDGEMENTS**

PLEASE TAKE NOTICE, with this motion, JASON GOODMAN, ("Goodman"), by and for himself pro se, comes now as the REAL PARTY DEFENDANT IN INTEREST in this case.

# ORDER AMENDING PROTECTIVE ORDER
# CONCERNING JASON GOODMAN
# JUDGE VALERIE E. CAPRONI, S.D.N.Y., 11/29/2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
THE NATIONAL ACADEMY OF TELEVISION :
ARTS AND SCIENCES, INC. and ACADEMY :
OF TELEVISION ARTS & SCIENCES, :
 :
         Plaintiffs, :  20-CV-7269 (VEC)
 :
   -against- :  ORDER
 :
MULTIMEDIA SYSTEM DESIGN, INC. :
d/b/a "CROWDSOURCE THE TRUTH", :
 :
         Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on February 22, 2022, the Court ordered Jason Goodman, the sole shareholder and employee of Defendant MSD, to file a copy of the Court's Order at Dkt. 156 (hereafter "the Order") "in every lawsuit in which he or any company in which he is a majority shareholder is a party. This Order applies whether the lawsuit is in state court or federal court and whether Mr. Goodman or his company is represented or *pro se*. Should he fail to do so, that would be a contempt of this Court's Order and would be punished accordingly;"

  WHEREAS the Order does not specify how long Mr. Goodman can wait after filing a lawsuit to file a copy of the Order;

  WHEREAS on October 31, 2023, Mr. Goodman filed a complaint in *Goodman v. The City of New York & X Corp. et al*, No. 23-CV-9648, and, to date, has failed to file a copy of the Order in that case;[1] and

---

[1]  In his response to the Court's Order to Show Cause, Mr. Goodman complains bitterly [Dkt. 183] that the Court issued the Order to Show Cause only after his nemesis, David George Sweigert, brought the newly-filed lawsuit to the attention of this Court in a filing that violated the Court's prior admonition that Mr. Sweigert must cease making filings in this case, [Dkt. 183 at 1–2]. While Mr. Goodman has the chronology correct, how the Court was alerted to the shortcoming of its prior Order is really neither here nor there.

WHEREAS the Court has not found that Mr. Goodman violated the Order but upon *sua sponte* reconsideration, realizes that the Order should specify the point at which the Order must be filed.

IT IS HEREBY ORDERED THAT the Court's prior Order is amended to require Mr. Goodman to file a copy of the Order in every lawsuit in which he or any company in which he is a majority shareholder is a party within one week of the filing of a new lawsuit. If Mr. Goodman has filed any lawsuits that are covered by the Order and has not yet filed the Order in any such case, he must file the Order in those cases not later than December 4, 2023. No later than December 5, 2023, Mr. Goodman must file a letter in this case certifying that he has done so. That letter must include the identity of the Court and the docket number of the case(s) in which he filed the Order. All of the Order's other requirements remain in effect.

The Clerk of Court is respectfully directed to mail a copy of this Order to Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**

Date: **November 29, 2023**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**