UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D.G. SWEIGERT,

                    Plaintiff,                    23-CV-05875 (JGK) (VF)

    -against-                    **ORDER SCHEDULING CONFERENCE**

JASON GOODMAN ET AL.,

                    Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

On November 8, 2023 (see ECF NO. 63) and November 18, 2023 (see ECF No. 76), Plaintiff D.G. Sweigert asked the Court to prohibit any recording or broadcasting of an upcoming scheduling conference with the Court, presently scheduled for November 28 (see ECF No. 68). The Court need not expressly prohibit such a recording or rebroadcasting of the telephonic conference scheduled for November 28 because the Court rules already bar such conduct. The parties are referred to Local Civil Rule 1.8 of this Court which prohibits anyone "other than Court officials engaged in the conduct of Court business" from making "an audio or video recording of any proceeding or any communication with the Court," unless authorized by "an administrative order" of the Court. The Local Rules of the Southern and Eastern Districts of New York are available on the Court's website.

**SO ORDERED.**

DATED:    New York, New York
               November 21, 2023

                                                                        _____
                                                                        VALERIE FIGUEREDO
                                                                        United States Magistrate Judge