## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert**<br>**Plaintiff,**<br><br>        **-against-**<br><br>**Jason Goodman,**<br>**Defendant** | **PRO SE**<br><br>**23-cv-05875-JGK-VF**<br><br>**Assigned to: Judge John G. Koeltl**<br><br>**Referred to: Magistrate Judge<br>Valerie Figueredo**<br><br>**Related Case:  23-cv-06881-JGK-VF** |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION NO. 95

MAY IT PLEASE THE COURT, by the Court's leave, Plaintiff hereby withdraws the motion

papers at ECF no. 95 as they are no longer timely having not been considered.

This is a sworn pleading.

December 19, 2023 (12/19/2023)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy of this pleading has been sent to:**

YouTuber Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., served via U.S. Postal Mail addressed to Jason Goodman, 252 7th Avenue, New York, New York 10001

Certified under penalties of perjury.

December 19, 2023

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**