| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br><br>D. G. SWEIGERT<br><br>Plaintiff,<br>-against-<br><br>JASON GOODMAN<br>Defendant.<br>-------------------------------------------------------------------X | 1:23-cv-05875-JGK<br>1:23-cv-06881-JGK<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF INVESTIGATION INTO FRUAD ON THE COURT** |

Defendant, Jason Goodman, ("Goodman") by and for himself pro se, respectfully moves the Court for an Order staying these proceedings and enjoining all parties from filing any papers on the docket without first seeking leave of the court.

### INTRODUCTION

1. David George Sweigert, ("Sweigert") is dedicated to suing defendant Goodman "for the rest of his life". Sweigert emails Goodman frivolous and unnecessary communications frequently, sometimes five or more times in a day. He refuses to communicate by telephone, has no reasonable demands for settlement, obstructs efforts to have conferences with frivolous requests and does everything he can to distract, annoy, harass, irritate, vex, occupy, and obsess over Goodman. He simply will not stop. Goodman has never experienced more psychopathic behavior in more than half a century of life on planet earth.

2. On November 22, 2023, Goodman filed a motion with the U.S. District Court for the Southern District of Indiana seeking an investigation into evidence backed allegations of fraud upon the Court, (*See* 1:23-cv-01228-JRS-MG Document 18). Sweigert had filed a duplicative vexatious action there on July 12, 2023, only eight days after this instant action. Surely a legitimate plaintiff could have addressed all of his claims in one court or the other, but not here. Setting Sweigert's addiction to duplicative, vexatious litigation against Goodman aside,

Goodman has alleged Sweigert engaged in fraud and provided evidence in support of claims Sweigert willfully and repeatedly violated 18 U.S. Code §§ 1341 – 1343 in an effort to deceive the Court, gain an advantage in litigation and use the mechanisms of justice to harm Goodman.

3. In light of Sweigert's increasingly outrageous and now allegedly criminal behavior, Goodman respectfully moves the Court to use its inherent power to stop him. The Court should enjoin Sweigert's vexatious activity because it is calculated to manipulate the very judicial mechanism upon which justice relies, at least until the Indiana court has had an opportunity to rule on the pending motion seeking an investigation into fraud upon the Court.

## CONCLUSION

For the reasons stated herein, to prevent the ongoing manifest injustice of abuse of the Courts for vindictive, personal and ulterior purposes, and in the interest of judicial efficiency, the Court should stay these proceedings and temporarily enjoin all parties from any further filing on the docket unless granted leave or so ordered by the Court, pending a ruling on the motion in the U.S. District Court for the Southern District of Indiana, in addition to any other relief as determined by this Honorable Court.

Dated: New York, New York November 22, 2023

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998