UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.G. SWEIGERT,

                              Plaintiff,                    23-CV-05875 (JGK) (VF)

         -against-                               **ORDER**

JASON GOODMAN ET AL.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      For the reasons discussed at the conference on November 28, 2023, Defendant's motion to amend the caption (see ECF No. 45) is denied. As explained at the conference, to the extent Defendant believes that Plaintiff has separately named "Crowdsource the Truth" or "21st Century 3D" as defendants in this action, Defendant can seek to have those entities dismissed from the case via a motion to dismiss. A motion to amend the caption is not the correct procedural vehicle for the relief Defendant seeks.

      Additionally, the motion to stay the proceedings at ECF No. 84 is also denied. Although Defendant contends that Plaintiff has filed a frivolous and vexatious litigation (see ECF No. 85), there has been no adjudication on the merits in this case yet. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 45 and 84.

**SO ORDERED.**

DATED:    New York, New York
               December 1, 2023

                                                                              _____
                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge