```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

D. G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant provides no reason why the Court's original decision, ECF No. 62, was improper. The defendant alleges additional improper acts by the plaintiff, but that is not a basis to conclude that this Court's decision was incorrect in any way and is not a basis for reconsideration.

    Accordingly, the defendant's motion for reconsideration is **denied**. The Clerk is directed to close ECF No. 79.

SO ORDERED.

Dated:    New York, New York
            December 5, 2023

                                            John G. Koeltl
                                      United States District Judge