UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,**<br>**Plaintiff**<br><br>            -against-<br><br>**Jason Goodman,**<br>**dba**<br>**21st Century 3D**<br>**dba**<br>**CrowdSource The Truth** | PRO SE<br><br>23-cv-05875-JGK-VF<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge Valerie Figueredo<br><br>Related Case: 1:23-cv-06881-JGK-VF |

CERTIFICATE OF SERVICE

It is hereby affirmed that on December 8, 2023 (12/8/2023) the following document:

PLAINTIFF'S OPPOSITION

Was mailed via the U.S. Post Office to: Jason Goodman, 252 7th Avenue, New York, N.Y. 10001

Signed December 8, 2023 (12/8/2023)

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

1