UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert,** <br> **Plaintiff** <br><br> -against- <br><br> **Jason Goodman,** <br> **dba** <br> **21st Century 3D** <br> **dba** <br> **CrowdSource The Truth** | **PRO SE** <br><br> **23-cv-05875-JGK-VF** <br><br> Assigned to: Judge John G. Koeltl <br><br> Referred to: Magistrate Judge Valerie Figueredo <br><br> Related Case: 1:23-cv-06881-JGK-VF |

## CERTIFICATE OF SERVICE

It is hereby affirmed that on December 8, 2023 (12/8/2023) the following document:

**PLAINTIFF'S OPPOSITION**

Was mailed via the U.S. Post Office to: Jason Goodman, 252 7th Avenue, New York, N.Y. 10001

Signed December 8, 2023 (12/8/2023)

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

1