UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.G. SWEIGERT,

                              Plaintiff,                              23-CV-05875 (JGK) (VF)

                -against-                                        **ORDER**

JASON GOODMAN ET AL.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On December 15, 2023, Plaintiff Sweigert contacted the Court via e-mail to object to Defendant Goodman's request for an extension of time to file his response to the Amended Complaint. Plaintiff Sweigert is reminded that all communications with the Court should be done through ECF, to which Plaintiff has access as demonstrated by his previous filings on the docket. Plaintiff Sweigert is hereby instructed to file his motion objecting to Defendant Goodman's request for an extension of time on ECF.

**SO ORDERED.**

DATED:    New York, New York
                December 18, 2023

                                                                       _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge