UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.G. SWEIGERT,

                            Plaintiff,                    23-CV-05875 (JGK) (VF)

          -against-                                    **ORDER**

JASON GOODMAN ET AL.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff filed a motion for a default notation against Defendant on December 15, 2023. See ECF No. 95. Defendant, however, has appeared in this action and is defending against Plaintiff's claims. Moreover, the Court granted Defendant the extension of time he requested for filing an answer to the complaint. There thus is no basis for a default as against Defendant. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 95.

**SO ORDERED.**

DATED:    New York, New York
               December 21, 2023

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge