**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
D.G. SWEIGERT,

                        Plaintiff,                     **23-CV-05875 (JGK) (VF)**

          -against-                            **ORDER**

JASON GOODMAN et al.,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

     On January 6, 2024, Plaintiff requested an extension of time to respond to Defendant's answer to the Amended Complaint. ECF No. 100. Defendant's deadline to answer has not run yet. Defendant has until January 16, 2024, to answer the amended complaint. ECF No. 93. According to the Federal Rules of Civil Procedure, a party need not reply to an answer unless so ordered by the Court or if the answer contains a counterclaim or crossclaim against that party. Fed. R. Civ. P. 12(a)(1)(B) and (C). If Defendant's answer includes a counterclaim against Plaintiff or if the Court directs Plaintiff to reply, Plaintiff may then request an extension of time to file a reply.

**SO ORDERED.**

DATED:    New York, New York
              January 10, 2024

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge