IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case 1:23-cv-05875-JGK
                          D. G. SWEIGERT                                                      Case 1:23-cv-06881-JGK

                              Plaintiff,                                               **REQUEST FOR**
         -against-                                                        **JUDICIAL NOTICE**

                        JASON GOODMAN
                            Defendant.
-------------------------------------------------------------------X

Defendant JASON GOODMAN ("Goodman") by and for himself pro se respectfully requests the Court take judicial notice of a related filing in related litigation attached hereto as **EXHIBIT A**.

Dated: New York, New York February 29, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

REQUEST FOR JUDICIAL NOTICE                                                                                    1

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| D.G. SWEIGERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01228-JRS-MG |
| | ) | |
| JASON GOODMAN, | ) | |
| 21ST CENTURY 3D, | ) | |
| CROWDSOURCE THE TRUTH, | ) | |
| PATREON, INC. A Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**Order on Transfer**

This case, between two *pro se* litigants with a history of mutually accusatory and generally frivolous litigation, has no operative complaint. The Court, in dismissing the initial complaint, gave precise instructions on how the Parties were expected to proceed. (Order 4–6, ECF No. 45.) Those instructions have not been followed. Instead, the Parties have flooded the docket with irrelevant motions. (ECF Nos. 51, 54, 61, 63, 66, 71, 72, 77, 80.) The Court warned that noncompliance with its instructions might result in dismissal or transfer, (Order 5, ECF No. 45), and the Court now follows through. The Court could simply dismiss the case as "frivolous or malicious." 28 U.S.C. § 1915; *Griffin v. Milwaukee Cnty.*, 369 F. App'x 741, 743 (7th Cir. 2010). But the Court thinks it worthwhile to transfer the case instead, because the New York courts, themselves harassed by these Parties, *see, e.g.*, *Goodman v. Bouzy*, No. 21-CV-10878, 2023 WL 3296203, at *6 (S.D.N.Y. May 8, 2023) (subsequent history omitted), may wish to impose or enforce sanctions, and so prevent further

abuse of judicial resources. 28 U.S.C. § 1404(a) (district court may transfer case "in the interest of justice").

The pending motions, (ECF Nos. 51, 54, 61, 63, 66, 71, 72, 77, 80, 81), are **denied**; the scheduled status conference is **cancelled**, and the clerk is directed to **transfer** the action to the Southern District of New York.

**SO ORDERED.**

Date: 02/28/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

D.G. SWEIGERT
C/O PMB 13339
514 Americas Way
Box Elder, SD 57719

JASON GOODMAN
252 7th Avenue Apt 6s
New York, NY 10001

Tyler Mitchell Layton
Patreon, Inc.
tyler@patreon.com

Magistrate Judge Mario Garcia

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    D. G. SWEIGERT

                            Plaintiff,
       -against-

                JASON GOODMAN
                    Defendant.
------------------------------------------------------------------------X

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff and Defendant with a copy of the request for judicial notice via USPS;

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York February 29, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE          1