IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case 1:23-cv-05875-JGK
                    D. G. SWEIGERT                                   Case 1:23-cv-06881-JGK

                          Plaintiff,                                **NOTICE OF MOTION**
       -against-                                             **SEEKING RELIEF**
                                                                             **FROM ORDER**
                   JASON GOODMAN
                         Defendant.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE, Defendant, Jason Goodman, ("Goodman") by and for himself pro se, will respectfully move this honorable Court for reconsideration of its denial of sanctions and dismissal of X Corp and Alphabet, (23-cv-05875 Dkt. 73) pursuant to FRCP Rule 60(b)(2) and (3), for the reasons set forth in the attached memoranda, briefs, and exhibits.

Dated: New York, New York March 8, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998