UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert**<br>**Plaintiff,**<br><br>             -against-<br><br>**Jason Goodman,**<br>**Defendant** | PRO SE<br><br>1:23-cv-06881-JGK-VF<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge<br>                Valerie Figueredo<br><br>Related Case:  23-cv-05875-JGK-VF |

**PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE**
**PURSUANT TO F.R.E. 201 (b)**

In light of Defendant Goodman's docketing of his motion to intervene in *Kennedy v. Biden*, the *pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for this Court's consideration. These attachments represent undisputed facts. The Plaintiff requests that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Signed January 19, 2024 (1/19/2024)

*[signature]*

                                            **D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
                                                        PMB 13339, 514 Americas Way,
                                                                  Box Elder, SD 57719

1

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy of this pleading has been sent to:**

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., dba 21st Century 3D, served via U.S. Postal Mail addressed to Jason Goodman, 252 7th Avenue, New York, New York 10001

Certified under penalties of perjury.

January 19, 2024 (1/19/2024)

*D. Sgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**



FedEx Shipping Label

ORIGIN ID:TSSA (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE

NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 15JAN24
ACTWGT: 1.00 LB
CAD: 3250694/INET4660

BILL SENDER

TO: CLERK OF THE COURT
US POST OFFICE AND COURTHOUSE
201 JACKSON STREET
SUITE 215
MONROE LA 71201
(318) 322-6740      REF:
INV:
PO:        DEPT:




FedEx Express

TUE - 16 JAN 5:00P
STANDARD OVERNIGHT

TRK# 7748 1875 0649
0201

XA MLUA       71201
          LA-US    SHV



1/15/24, 4:11 PM

Received 1/18/24