| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------------X<br>D. G. SWEIGERT<br><br>Plaintiff,<br>-against-<br><br>JASON GOODMAN et al<br>Defendant.<br>-----------------------------------------------------------------------X | Case 1:23-cv-05875-JGK<br>Case 1:23-cv-06881-JGK<br><br>**REQUEST FOR JUDICIAL NOTICE OF RELATED ACTION** |

Defendant, Jason Goodman ("Goodman"), by and for himself pro se, respectfully requests the Court take judicial notice of the transfer out of Southern District of Indiana, attached hereto as **(EXHIBIT A)**. In support of this request, Defendant states as follows:

### INTRODUCTION

1. David George Sweigert ("Sweigert") is a serial vexatious litigant and suspected mentally ill individual who has been cyber stalking and harassing the defendant since 2017.

2. Sweigert's latest effort, a triangulation of vexatious litigation, brought actions in this Court, the Eastern District of Michigan, and the Southern District of Indiana simultaneously.

3. The defective Michigan action could not be served on Multimedia System Design, Inc., D/B/A/ Crowdsource the Truth, ("MSDI") because it does not legally exist.

4. MSDI is a false corporate entity concocted by Sweigert as part of his scheme to continuously sue Goodman and to deny Goodman's right to a pro se defense.

5. This deception succeeded in a previous case presided over by Judge Valerie Caproni, presently on appeal with the Second Circuit, (*See The National Academy of Television Arts and Sciences, Inc. v. Multimedia System Design, Inc*. Case 23-7952 (December 4, 2023)).

6. The third prong of Sweigert's malicious three-pronged Lawfare assault has landed in the Southern District of New York. Yesterday, after having been savagely kicked out of

Indiana by Judge James R. Sweeney II, Sweigert's most recent defective legal action was transferred into SDNY and is attached hereto as exhibit a.

    7.    Judge Sweeney transferred the case inter alia, after Sweigert failed to follow an order demanding he file a new complaint pursuant to Fed. R. Civ. P. Rule 8(a), which he did not.

    8.    The defective Indiana case should be consolidated into the existing judicial mess created by Sweigert so it may be dismissed with prejudice after he is sanctioned pursuant to Fed. R. Civ. P. Rule Rule 11 for the myriad reasons already described and for his persistent, ongoing abuse of the law, the Courts and defendant Goodman.

## CONCLUSION

For the reasons stated herein, the Court should consolidate the related defective filing, *Sweigert v Goodman* (Case 1:24-cv-02203-UA) into this instant action to be dismissed with prejudice upon sanctioning of Sweigert and permanently enjoining him from ever filing as a pro se against Goodman or anyone ever again.

Dated: New York, New York March 26, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

**EXHIBIT A**

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain
Message-Id:31026196@nysd.uscourts.gov
Subject:Activity in Case 1:24-cv-02203-UA SWEIGERT v. GOODMAN et al Case Transferred In -
District Transfer
Content-Type: text/html
```

# U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/25/2024 at 9:04 AM EDT and filed on 3/25/2024

| | |
|---|---|
| **Case Name:** | SWEIGERT v. GOODMAN et al |
| **Case Number:** | 1:24–cv–02203–UA |
| **Filer:** | |
| **Document Number:** | 85 |

**Docket Text:**
**CASE TRANSFERRED IN from the United States District Court – District of Indiana Southern; Case Number: 1:23–cv–01228. Original file certified copy of transfer order and docket entries received.**

**1:24–cv–02203–UA Notice has been electronically mailed to:**

**1:24–cv–02203–UA Notice has been delivered by other means to:**

21st Century 3D


CROWDSOURCE THE TRUTH


D.G. Sweigert
PMB 13339
514 Americas Way, Box
Elder, SD 57719

Jason Goodman


Tyler Mitchell Layton
Patreon, Inc.
600 Townsend St.
Ste 500
San Francisco, CA 94103

The following document(s) are associated with this transaction: