## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **D. G. Sweigert**<br>**Plaintiff,**<br><br>        **-against-**<br><br>**Jason Goodman,**<br>**Defendant** | **PRO SE**<br><br>**1:23-cv-06881-JGK-VF**<br><br>**Assigned to: Judge John G. Koeltl**<br><br>**Referred to: Magistrate Judge**<br>**Valerie Figueredo**<br><br>**Related Case:  23-cv-05875-JGK-VF** |

## PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE
## PURSUANT TO F.R.E. 201 (b)

In light of Defendant Goodman's docketing of his motion to intervene in *Kennedy v. Biden*, the

*pro se* Plaintiff (undersigned) attaches truthful and accurate copies of relevant judicial orders for

this Court's consideration. These attachments represent undisputed facts. The Plaintiff requests

that this Court take notice of the orders themselves pursuant to Federal Rules of Evidence

(F.R.E.) Rule 201 (b)(1) – (2). These adjudicative findings involve the immediate parties.

Signed January 19, 2024 (1/19/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

## CERTIFICATE OF SERVICE

**It is hereby certified under the penalties of perjury that a true copy of this pleading has been sent to:**

---

Jason Goodman, sole stockholder of MULTIMEDIA SYSTEM DESIGN, INC., dba 21st Century 3D, served via U.S. Postal Mail addressed to Jason Goodman, 252 7th Avenue, New York, New York 10001

Certified under penalties of perjury.

January 19, 2024 (1/19/2024)

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**

SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
Dated: January 23, 2024

Plaintiff's request for the court to take judicial notice of "relevant judicial orders" is premature. Defendant has not yet answered the complaint and there is no pending motion for the court to adjudicate. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 107.



Insert shipping document here.

Received 1/18/24

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:TSSA        (212) 244-8585
JASON GOODMAN (NYC)
21ST CENTURY 3D
252 7TH AVENUE

NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 15JAN24
ACTWGT: 1.00 LB
CAD: 3250694/INET4660

BILL SENDER

TO  **CLERK OF THE COURT**

**US POST OFFICE AND COURTHOUSE**

**201 JACKSON STREET**

**SUITE 215**

**MONROE LA 71201**

(318) 322-6740        REF:
INV:
PO:                        DEPT:





**FedEx**
Express

SCANNED

**E**

593.080149/453

---

**TUE - 16 JAN 5:00P**

**STANDARD OVERNIGHT**

TRK#
0201   **7748 1875 0649**

**71201**

**XA MLUA**        LA-US   **SHV**



1/15/24, 4:11 PM

can help keep Earth
a priority together.

