UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert<br>Plaintiff,<br><br>-against-<br><br>Jason Goodman,<br>Defendant | PRO SE<br><br>23-cv-05875-JGK-VF<br><br>Assigned to: Judge John G. Koeltl<br><br>Referred to: Magistrate Judge<br>Valerie Figueredo<br><br>Related Case: 23-cv-06881-JGK-VF |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION NO. 96**

MAY IT PLEASE THE COURT, by the Court's leave, Plaintiff hereby withdraws the motion papers at ECF no. 96.

This is a sworn pleading.

December 27, 2023 (12/27/2023)

*D. Swt*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

*Application granted.*
*The Clerk is directed*
*to close Docket No. 96.*
*So ordered.*
*JGKoeltl*
*5/6/24   U.S.D.J.*