D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

March 9, 2024

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable John G. Koeltl, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Correction of the ECF docket at no. **113 and 114** (docket description is wrong)

Your Honor,

1.   Pursuant to Fed.R.Civ.P. 72(b) the *pro se* Plaintiff seeks *de novo* review from this Court as a consequence of the Defendant's papers filed at **ECF no. 116** and the Magistrate's Memo Endorsement of same at ECF no. **118**.

2.   Your attention is directed to ECF **113 and 114** which are duplicates of each other. Both documents are a Request for Judicial Notice for the Court to notice *Sweigert v. Multimedia Sys. Design*, No. 22-12696 (E.D. Mich. Aug. 2, 2023).

3.   The Magistrate Judge "DENIED" a letter requesting a 45-day extension (docket description of **ECF 114**) of a deadline that was attached to the Defendant's letter of **116**, but no original letter appears at **ECF 113/114. The docket description for ECF 114 is wrong.**

4.   This approach of denying so-called motions attached to papers of the opposing party seems unorthodox. This matter also illustrates the problem of missing documents from the Court's docket, transmitted but never docketed.

Respectfully,   Signed March 9, 2024

*/s/ D. Swt/*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

CERTIFICATE OF SERVICE

On this date the undersigned's letter has been placed in the U.S. Postal Service and sent to:
Youtuber Jason Goodman, 252 7th Avenue, Apt. 6-S New York, N.Y. 10001

Signed March 9, 2024   */s/ D. Swt/*

1