D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

March 15, 2024

*Sweigert v. Goodman,* 23-cv-05875-JGK

Honorable John G. Koeltl, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Plaintiff WITHDRAWS letter at ECF no. 123

Your Honor,

1.   The letter docketed at ECF no. 123 is hereby withdrawn (Case 1:23-cv-05875-JGK-VF Document 123 Filed 03/09/24).

Respectfully,   Signed March 15, 2024

*[signature]*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

### CERTIFICATE OF SERVICE

On this date the undersigned's letter has been placed in the U.S. Postal Service and sent to:

Youtuber Jason Goodman, 252 7th Avenue, Apt. 6-S New York, N.Y. 10001

Signed March 15, 2024   *[signature]*