UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to respond to the defendant's motion for reconsideration, ECF No. 120, by **April 8, 2024**. The defendant's time to reply is **April 22, 2024**.

SO ORDERED.

Dated:    New York, New York
           March 25, 2024

                                      John G. Koeltl
                                   United States District Judge