THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X        Case 1:23-cv-06881-JGK
      D. G. SWEIGERT

        Plaintiff,     **CERTIFICATE OF**
   -against-        **SERVICE**

     JASON GOODMAN
      Defendant.
-------------------------------------------------------------------X

  It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of motion to dismiss via USPS to that address below

  D. G. SWEIGERT, C/O
  PMB 13339, 514 Americas Way,
  Box Elder, SD 57719

Dated: New York, New York June 17, 2024

            Respectfully submitted,

            Jason Goodman
            Pro Se Defendant
        truth@crowdsourcethetruth.org
         252 7th Avenue Apt 6s
         New York, NY 10001
          347-380-6998