UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert, <br><br> -against- <br><br> Jason Goodman, | PRO SE <br><br> 23-cv-05875-JGK-VF <br><br> Judge John G. Koeltl <br><br> Related Case: 23-cv-06881-JGK-VF |

**SWORN DECLARATION TO SUPPORT**
**PLAINTIFF'S AMENDED MOTION FOR TEMPORARY AND PERMANENT**
**INJUNCTION AGAINST THE DEFENDANT PURSUANT TO LANHAM ACT**

NOW COMES THE PRO SE PLAINTIFF to seek a temporary injunction to restrain Defendant Jason Goodman's continual social media broadcasts that the Plaintiff is a criminal, has violated criminal statues, has filed forged documents in sister courts, etc. **DECLARATION.**

Signed April 22, 2024 (4/22/2024)

*/s/ D. Sweigert/*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

**CERTIFICATE OF SERVICE**

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001 on April 22, 2024 (4/22/2024). Signed April 22, 2024 (4/22/2024)

*/s/ D. Sweigert/*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719

## SWORN DECLARATION TO SUPPORT
## PLAINTIFF'S AMENDED MOTION FOR TEMPORARY AND PERMANENT
## INJUNCTION AGAINST THE DEFENDANT PURSUANT TO LANHAM ACT

**NOW COMES THE PRO SE PLAINTIFF** to provide this sworn statement to accompany the undersigned's motion papers docketed in response to defendant's motion for reconsideration as described above.

1. The undersigned authored a technical manual known as the Certified Ethical Hacker Field Operations Guide. This manual is strictly limited to infrastructure protection practices that primarily includes computer networking.

2. This technical computer manual contains nothing in regards to creating forged Adobe PDF documents. In fact, this manual does not address Adobe PDF documents in any manner, suffice as a footnote reference to a PDF document available from the Internet.

3. In 1992 the undersigned docketed a *qui tam* False Claims Act (31 U.S.C. Sec. 3730) lawsuit in Dayton, Ohio, which was incorrectly placed on the public docket by the Clerk. Nevertheless, in 1992 the undersigned personally met with of Natalia M. Combs Greene, Senior Counsel, Trial Attorney for the U. S. Department of Justice, Fraud Section, Criminal Division, at the Kennedy Space Center, Florida. The purpose of this meeting was to discuss the *qui tam* lawsuit against Lemual Kinney pending in the Southern District of Ohio. This action was known as *United States ex. rel. Sweigert v. Electronic Systems Associates.*

4. The undersigned is not, and never has been, a N.I.H. (National Institute of Health) employee, contractor or agent. The undersigned has never received pecuniary benefits from N.I.H. of any kind.

5. The undersigned is not involved in any collaboration or communications with George Webb Sweigert. The undersigned has not spoken with George Webb Sweigert for years. The undersigned is not a partner or associate of George Webb Sweigert.

6. The undersigned has never coordinated a group of individuals in New York City to harass Jason Goodman in public. The undersigned is aware that Mr. Goodman has conducted extensive phone calls and e-mail message exchanges with YouTuber Manuel Chavez, III of Carson City, Nevada who apparently did publish a video recording while standing outside of Mr. Goodman apartment complex in 2018. Manual Chavez is an associate of Mr. Goodman.

7. The undersigned has never met or spoken with Adam Sharp, President and CEO of the Television EMMY Awards. This includes the exchange of e-mail messages or texts in any form on any platform, except as related to official court business through Mr. Sharp's attorneys or legal representation. Otherwise, there has never been an e-mail message exchanged between myself and Adam Sharp.

8. The undersigned has never met or spoken with U.S. District Judge Valerie E. Caproni, except for court ordered teleconferences. This includes the exchange of e-mail messages or texts in any form on any platform, except as related to official court business.

Sworn under penalties of perjury to be truthful. Signed April 22, 2024 (4/22/2024)

*D. S—t*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719