# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-05875-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-06881-JGK-VF |

### PLAINTIFF'S AMENDED EXHIBITS TO SUPPORT
### AMENDED MOTION FOR TEMPORARY AND PERMANENT INJUNCTION
### AGAINST THE DEFENDANT PURSUANT TO THE LANHAM ACT

NOW COMES THE PRO SE PLAINTIFF to seek a temporary injunction to restrain Defendant

Jason Goodman's continual social media broadcasts that the Plaintiff is a criminal, has violated

criminal statues, has filed forged documents in sister courts, etc.  **EXHIBITS ATTACHED.**


Signed April 22, 2024 (4/22/2024)

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O**
**PMB 13339, 514 Americas Way,**
**Box Elder, SD 57719**


### CERTIFICATE OF SERVICE

Copy of this pleading has been placed in the U.S. MAIL addressed to Jason Goodman, 252 7th

Avenue, New York, N.Y. 10001 on April 22, 2024 (4/22/2024).  Signed April 22, 2024

(4/22/2024)

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**

# EXHIBITS

**EXHIBIT A - SHARP, CAPRONI, SWEIGERT CONSPIRACY**..........................................3

**EXHIBIT B – WEBB OF DECEPTION SIMULCAST GOODMAN/CULLEN** ..................8

**EXHIBIT C – SWEIGERT WORKS FOR N.I.H.**....................................................................13

**EXHIBIT D - NAZI MEMBERSHIP, MENTAL ILLNESS**..................................................18

**EXHIBIT E – NAZI OPERATION PAPERCLIP**...................................................................21

**EXHIBIT F – WIFE SWAPPING**...........................................................................................25

**EXHIBIT G – PORT OF CHARLESTON HOAX**.................................................................27

# EXHIBIT A - SHARP, CAPRONI, SWEIGERT CONSPIRACY



**Crowdsource The Truth**

@JG_CSTT

Malicious liar and putative criminal @Adams was served yesterday in Goodman v the City of New York. New evidence presented since that filing suggests that Sharp's suspected associate **David George Sweigert** instructed individuals to attack me outside @X headquarters in #NYC on Nov 1, 2022. This would have been motivated by their desire to prevent me from sharing the #TwitterCoup report with @ElonMusk.
https://crowdsourcethetruth.substack.com/p/the-twitter-coup…
The #TwitterFiles had not yet been discovered on November 1, 2022 and the stakes were high for those who illegally inserted the #FBI into social media in violation of the 1st and 4th Amendments and other laws. **Adam Sharp** is a malicious and evil individual who I allege worked with corrupt **Jurist Valerie Caproni, Sweigert** and others to deny me a fair trail, destroy the financial success of my business and attempt to rob me of all my resources including my home. These evil, corrupt individuals, including but not limited to Sharp will be sued until justice is served or I am able to proceed. It is my hope that the process will reveal evidence of criminality sufficient to put Sharp and his co-conspirators on trial for treason and eventually found guilty and served the harshest available sentece. Sharp still has an opportunity to reverse course and fix what he has done but time is running out. His failure to do that will result in total legal destruction and ultimate incarceration. I promise, I will not rest until that is achieved. For those just joining, does anyone else find it remarkably coincidental that Sharp's father reported from inside the Dallas police station on November 22, 1963? #Traitors #ImpeachValerieCaproni #prison
https://youtu.be/AclFGjNlV08?si=mO19WOaAtoSEXCdz&t=24…
9:54 AM · Nov 16, 2023

**178**
Views



https://twitter.com/JG_CSTT/status/1781794354748699066



**Crowdsource The Truth**

@JG_CSTT

once I calmed him down he did give me some excellent advice that I hadn't thought of previously. I've said it before,
@adamS
and all of his criminal associates will be pursued within the context of the law until I get my money back and my rights restored no matter how long that takes. If I meet an untimely demise before I succeed, be aware that evidence in the public domain causes me to believe both he and his father are or were CIA affiliated. There would be a limited number of suspects, and he would be on the short list along with his associate
@RealGeorgewebb1
's mentally ill brother.



https://twitter.com/JG_CSTT/status/1781795069466394711

**Crowdsource The Truth**

@JG_CSTT

There are some smug assh0les in this world who are in the process of learning that you cannot just go around attempting to ruin people's lives and expect them to do nothing. @AdamS is a criminal based on the evidence I have seen and I will see to it that he is brought to justice. With luck, one day, he will watch his young daughter's wedding on prison CCTV, if the warden is feeling generous...

# EXHIBIT B – WEBB OF DECEPTION SIMULCAST GOODMAN/CULLEN



https://www.youtube.com/watch?v=rJEsTYvh1Gk



[Emphasis added]









**Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs**

Crowdsource the Truth 10
5.21K subscribers

Subscribed

39

Share

Clip



Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs



Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs



Webb of Deception Episode 17 – Adam Sharp, Twitter and the EMMYs

# EXHIBIT C – SWEIGERT WORKS FOR N.I.H.







https://www.youtube.com/watch?v=_IvNnEcSe_g&t=524s



https://twitter.com/JG_CSTT/status/1724843605527777775



https://twitter.com/JG_CSTT/status/1771631679901241752



https://twitter.com/JG_CSTT/status/1771553052337504726



https://twitter.com/JG_CSTT/status/1771631679901241752

# EXHIBIT D - NAZI MEMBERSHIP, MENTAL ILLNESS



https://twitter.com/JG_CSTT/status/1780639690984456218



**Crowdsource The Truth**

@JG_CSTT

Do people appreciate the scope of @RealGeorgewebb1's psychopathic wife swapping Nazi brother's mental illness? He literally spends all day every day trolling me, my show and anyone who works with me. He is an obsessed lunatic. It is unlike anything I have ever observed. The NYPD, FBI and District Courts refuse to act against him, they even allow him to break numerous laws. He is a deeply sick psychopath who I simply cannot get away from me.
#OperationPaperclip #Nazi #GeorgeHenrySweigert

# EXHIBIT E – NAZI OPERATION PAPERCLIP



https://twitter.com/JG_CSTT/status/1779565276767326403





https://twitter.com/JG_CSTT/status/1778402926689431833



 **Crowdsource The Truth** ✓
@JG_CSTT

Mentally ill serial child abuser George Henry Sweigert is suspected of being a beneficiary of the now declassified #OperationPaperclip which integrated #Nazi war criminals into American society, academia and government.

This would explain why he and his family never got to reap the financial benefits of the full duplex radio telephone he invented.  That patent is at the heart of every modern cell phone.  Why is his equally mentally ill son, one of the most litigious psychopaths to ever walk the earth, not suing every company being enriched by this allegedly stolen patent?

The only logical conclusion is the patent theft is a lie.  George Henry was considered too smart to kill even thought he was a sick, abusive psychopath who deserved the death penalty.

He was likely given amnesty for World War II crimes in exchange for giving any work product he created to IC controlled companies.

That's why there has never been a lawsuit to recover monies from Motorola, Apple, Samsung, instead the assh0le spends all his days suing me. #SICKFUCKSALLOFTHEM



https://twitter.com/JG_CSTT/status/1771631210143342751

# EXHIBIT F – WIFE SWAPPING



https://twitter.com/JG_CSTT/status/1781751441109008584



https://twitter.com/JG_CSTT/status/1773823984011767930

# EXHIBIT G – PORT OF CHARLESTON HOAX



https://twitter.com/JG_CSTT/status/1749415297839210836



https://twitter.com/JG_CSTT/status/175268198848234646



Crowdsource The Truth
@JG_CSTT

Port of Charleston was the Sweigert brothers assisted #FBI play to do this to me. Luckily they picked a target that is smarter than they are or you'd be reading articles like this about me. Now they all need to go to jail for the rest of their lives so this can never happen again. Vote for @realDonaldTrump odysee.com/@Crowdsourceth...

4:54 AM · Jan 22, 2024 · **26** Views

https://twitter.com/JG_CSTT/status/1749415297839210836