The Honorable John Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via pro se electronic filing

Re: *Case No.: Re: Case No.: Case No.: 1:23-cv-05875-JGK*
*Case No.: 1:23-cv-06881-JGK Sweigert v Goodman et al*

July 30, 2024

Dear Judge Koeltl,

    I regret having the need to write to you again so soon however Mr. Sweigert's persistent harassment and ongoing abuse of the courts requires it. Today I received yet another harassing letter from Mr. Sweigert which he informs me was also sent to my recent acquaintance Dr. Jason Dean. The letter contained a threat of litigation against Dr. Dean. I allege Sweigert sent this letter with the express intent of disrupting my business relationship with Dr. Dean.

    Mr. Sweigert simply cannot be allowed to fulfill his stated mission of suing me for the rest of his life. Nor can he be allowed to continue harassing me, my family or my business associates. I respectfully request a continuance of the time to reply and instead ask the Court to schedule a show cause hearing. I request the Court compel Mr. Sweigert to appear in person and explain why, if he has a legitimate injury to cure, he cannot behave like a normal litigant and allow me to conduct business and my life in peace while this litigation proceeds. Sweigert should also be compelled to show cause as to what legitimate purpose he had in bringing three nearly identical lawsuits against me in three jurisdictions simultaneously.

    Allowing Mr. Sweigert to continue to wield the power of the courts as his own personal weapon is allowing him to make a mockery of justice and undermines the inherent authority of the Court. Compelling one litigant to adhere to the rules and respond to lengthy frivolous filings

cannot be reconciled with allowing the other to violate the rules repeated and continuously for eight years against one defendant for the same causes of action.

Rather than allowing Sweigert to continue to occupy my time, waste judicial resources and gin up additional vexatious litigation, the Court should put an end to this once and for all and compel Sweigert to show cause as to why he should not be enjoined from ever communicating with or about me, my family or my business associates ever again without representation from licensed counsel and first seeking leave of the Court.

This is not some tit-for-tat internet battle as Mr. Sweigert would like the Court to believe. He initiated contact with me seven years ago via threatening YouTube videos that lead to frivolous litigation.  Prior to that time, I was unaware of his existence and had no interest in him whatsoever.  Sweigert persists this endless altercation every day in a manner that can only be described as psychopathic.  His abuse of the courts has persisted for thrity-two years and it cannot be allow to go on for one more day.

I pray the court will have mercy on me and relieve me of the burden of this obsessive, psychopathic pursuit that has permeated every aspect of my life and far exceeds the acceptable behavior of civil litigants.  Mr. Sweigert should be referred for criminal prosecution, but at least required to appear in person and show good cause as to why this case should not be dismissed sua sponte for violations of FRCP Rule 11 and the law.

.

Respectfully submitted,

Jason Goodman

D. G. SWEIGERT
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

July 24, 2024

DEAN, JASON
Registered Agent

To whom it may concern:

This is your firm's NOTICE OF INTENT TO SUE BraveTV.Com, LLC. Your firm now has an obligation to safely protect all electronic messages exchanged with Jason Goodman and John B. "Warren" Cullen. This includes e-mail, text messages, chat comments, Twitter direct messages, etc.

---

**2023 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT**

DOCUMENT# L21000514593

Entity Name: BRAVETV, LLC

Current Principal Place of Business:

LONGWOOD, FL

Current Mailing Address:

LONGWOOD, FL     US

FEI Number: 87-2947801

Name and Address of Current Registered Agent:

DEAN, JASON

---



ORLANDO FL 328
27 JUL 2024 PM 3 L

YouTuber Jason Goodman
252 7th Avenue, Apartment SX
New York, NY 10001

10001-732699