THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case 1:23-cv-05875-JGK
Case 1:23-cv-06881-JGK

-----------------------------------------------------------------------X

D. G. SWEIGERT

                        Plaintiff,

-against-

**CERTIFICATE OF
SERVICE**

JASON GOODMAN
              Defendant.

-----------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a

copy of the letter via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York July 30, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                          1