UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert,<br><br>-against-<br><br>Jason Goodman, | PRO SE<br><br>23-cv-06881-JGK-VF<br><br>Judge John G. Koeltl<br><br>Related Case: 23-cv-05875-JGK-VF |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

In light of Defendant Goodman's recent affirmations about the operations of his "defunct" company, Multimedia System Design, Inc, the attached is provided for the Court's consideration as it contemplates the Defendant's motion to dismiss.

Signed August 17, 2024 (8/17/2024)    D. G. SWEIGERT PRO SE
PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

**CERTIFICATE OF SERVICE**

The undersigned's REQUEST FOR JUDICIAL NOTICE has been placed with the U.S. Postal Service and sent to: Jason Goodma, 252 7th Avenue, New York, N.Y. 10001

Signed August 17, 2024 (8/17/2024)    D. G. SWEIGERT PRO SE
PLAINTIFF, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: August 21, 2024

The provided documentation will be considered to the extent relevant to the motion to dismiss when it is considered by th Court.