UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. G. SWEIGERT,

            Plaintiff,

   - against -

JASON GOODMAN, ET AL.,

            Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

In view of the Court's Order denying the motion for reconsideration, No. 23-cv-6881, ECF No. 119, the Clerk is directed to close the motion for reconsideration, No. 23-cv-6881, ECF No. 67.

SO ORDERED.

Dated:   New York, New York
           June 6, 2024

                                         John G. Koeltl
                                  United States District Judge