UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. G. SWEIGERT,

                Plaintiff,

   - against -

JASON GOODMAN, ET AL.,

                Defendants.

23-cv-5875 (JGK)
23-cv-6881 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The defendant filed a motion to stay this action pending resolution of a motion in the Southern District of Indiana. No. 23-cv-6881, ECF No. 72. The case in the Southern District of Indiana has since been transferred to this District, and no motions are pending. See No. 24-cv-2203; see also No. 23-cv-6881, ECF No. 120 (denying motion to transfer venue to the Southern District of Indiana). Accordingly, the defendant's motion to stay is **denied.** The Clerk is directed to close No. 23-cv-6881, ECF No. 72.

SO ORDERED.

Dated:    New York, New York
             June 7, 2024

                                              John G. Koeltl
                                   United States District Judge