UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| D. G. Sweigert, | PRO SE |
|---|---|
| -against- | 23-cv-05875-JGK-VF |
| Jason Goodman, | Judge John G. Koeltl |
| | Related Case: 23-cv-06881-JGK-VF |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
PURSUANT TO F.R.E. 201 (b)**

The Defendant requests that this Court take notice of the attached information pursuant to Federal Rules of Evidence (F.R.E.) Rule 201 (b)(1) – (2).  This is a permanent restraining order issued against Jason Goodman on behalf of Nina Jankowicz (described at para. 32, Amended Complaint, Case 1:23-cv-05875-JGK-VF Document 13 Filed 09/23/23 Page 12 of 81).

Submitted June 30, 2024.

**MEMO ENDORSED**
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: July 8, 2024

The provided documentation will be considered to the extent relevant to any Motions before the Court. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 148.

D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

**CERTIFICATE OF SERVICE**

A copy of this pleading has been sent via e-mail message to truth@crowdsourcethetruth.org , on June 30, 2024 (6/30/2024).  Signed June 29, 2024 (6/30/2024).

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719

1