D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

November 4, 2024

***Sweigert v. Goodman,*** 23-cv-05875-JGK

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:       Status update and request for mediation and/or ADR

REF: (a)    Report of Rule 26(f) Conference and Proposed Case Management Plan - April 25th, 2022

Dear Judge Figueredo,

1.   There is some positive news to report concerning the joint creation of a document to conform to ref: (a).

2.   A thirty (30) minute telephone call took place between the parties today and served as an "ice-breaker" to allow ventilation of concerns, feeling issues, etc.  The tone was hopeful and acrimonious at the same time.

3.   It is the undersigned's good faith belief that both parties could make progress in resolving this legal action with the help of an experienced mediator to guide the discussion.

4.   If such an Alternative Dispute Resolution program is available, and should it please the Court, both parties should engage in mediation to resolve this action.

*D. Swt*

**D.G. SWEIGERT, PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed this November 4, 2024 (11/04/2024).

*D. Swt* (signature)

**D.G. SWEIGERT, PRO SE PLAINTIFF**