UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. G. Sweigert, <br><br> Plaintiff <br><br> Versus <br><br> Jason Goodman, <br><br> Defendants | PRO SE <br><br> 23-cv-5875-JGK <br><br> John G. Koeltl, presiding <br><br> RULE 26(f) CONFERENCE AND PROPOSED CASE MANAGEMENT PLAN |

## RULE 26(f) REPORT

To the Magistrate. This pleading is responsive to this Court's Order docketed as ECF no. 147 pursuant to Federal Rule of Civil Procedure 26(f).

*[signature]*

D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org
11/02/2024

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been mailed to YouTuber Jason Goodman at 252 7th Avenue, Apt S6, New York, NY 10001.

Respectfully,    Signed this November 02, 2024 (11/02/2024).

*[signature]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719

1

**Plaintiff(s):   D. George Sweigert**

**Defendant(s):   Jason Goodman**

**Basic of Subject Matter Jurisdiction**

Jurisdiction is outlined in Order, No. 147 (emphasis added) for case no. 23-cv-6881

| | |
|---|---|
| 10/31/2024<br><br>145 | ORDER: Pursuant to the Court's Memorandum Opinion and Order dated October 11, 2024, the time for the plaintiff to move to file an amended complaint was October 30, 2024. To date, no such motion has been filed. For the reasons set forth in the Court's October 11, 2024 Memorandum Opinion and Order**,** with the exception of the plaintiff's claims brought pursuant to **New York State Civil Rights Law§§ 50 & 51,** all of the plaintiff's claims brought in case number 23-cv-5875 (the "5875 Action") and in case number 23-cv-6881 (the "6881 Action") are dismissed with prejudice. In the 5875 Action, the parties are directed to submit a Rule 26(f) report to Magistrate Judge Figueredo by November 14, 2024. Except for any papers filed in connection with the Rule 26(f) report, no other filings are authorized in the 5875 Action until Magistrate Judge Figueredo issues a scheduling order. Because all of the claims in the 6881 Action have been dismissed with prejudice, the Clerk is directed to enter a Judgement in the 6681 Action dismissing the action with prejudice and closing that case. SO ORDERED (Signed by Judge John G. Koeltl on **10/31/2024**) Filed In Associated Cases: 1:23-cv-05875-JGK-VF, 1:23-cv-06881-JGK-VF (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/31/2024) |

**Subjects on Which Discovery May Be Needed:**

### PATREON

**Tyler Mitchell Layton**, Patreon, Inc., 600 Townsend St., Ste 500, San Francisco, CA, 94103, 415-539-5886**.** Defendant's relationship with platform provider PATREON, INC.  Defendant receives money from "patron" revenue for video livestreaming content featuring the plaintiff.  This livestreaming is an interactive audience participation video broadcast.  The discovery includes investigation into the business relationship between the defendant and PATREON, to include business records, viewership records, inventory of videos displayed, summaries of compensation in the terms of payment records and IRS 1099 forms.  Discovery also requires all records of video content posted by the defendant on PATREON affiliated platforms.  Discovery also requires copies of all livestreaming content that mentions the plaintiff, "George Webb's mentally ill brother", "George Webb's wife swapping Nazi Operation Paperclip brother", "David Sweigert", etc.  This includes all content in which defendant refers to himself as a "Nazi hunter" or "investigator of Nazi war crimes" and "investigator of the children of Nazi war criminals".

## YOUTUBE

Benjamin Margo, Associate, Wilson Sonsini Goodrich & Rosati, 1301 Sixth Avenue | 40th Floor, New York, NY 10019-6022.  ALPHABET, INC. 251 Little Falls Drive, City of Wilmington, County of New Castle, Delaware 19808.  Parent company of YouTube, LLC that provides the YouTube platform.

Defendant's relationship with platform provider YOUTUBE.COM. Defendant receives publicity and social media recognition for video livestreaming content featuring the plaintiff. This livestreaming is an interactive audience participation video broadcast.  The discovery includes investigation into the business relationship between the defendant and ALPHABET, to include business records, viewership, inventory of videos displayed, account strikes, account warnings, etc. for CrowdSource The Truth 9, 10, 11 and 12.  Discovery also requires all records of video content posted by the defendant on YOUTUBE affiliated platforms.  Discovery also requires copies of all livestreaming content that mentions the plaintiff, "George Webb's mentally ill brother", "George Webb's wife swapping Nazi Operation Paperclip brother", "David Sweigert", etc.  This includes all content in which defendant refers to himself as a "Nazi hunter" or "investigator of Nazi war crimes" and "investigator of the children of Nazi war criminals".

**Crowdsource the Truth 11**
@crowdsourcethetruth11 • 6.88K subscribers

**Crowdsource the Truth 12**
@CSTT12 • 2.68K subscribers

Respectfully,     Signed this November 02, 2024 (11/02/2024).

*D. Swgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339, 514 Americas Way, Box Elder, SD 57719**