**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
D.G. SWEIGERT,

                        Plaintiff,                    **23-CV-05875 (JGK) (VF)**

      -against-                        **ORDER**

JASON GOODMAN et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

A telephone conference is hereby scheduled for **Wednesday, December 18, 2024 at 3 p.m.** to address the issues raised at ECF Nos. 174 and 177. Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please call (646) 453-4442; access code [196458036#].**

      SO ORDERED.

DATED:    New York, New York
               November 8, 2024

                                                       _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge