| | |
|---|---|
| THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>　　　　　　　　D. G. SWEIGERT<br><br>　　　　　　　　　　　Plaintiff,<br>　　　　-against-<br><br>　　　　　　　　JASON GOODMAN<br>　　　　　　　　　　Defendant.<br>------------------------------------------------------------------X | Case 1:23-cv-05875-JGK<br><br>**CERTIFICATE OF SERVICE** |

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of motion MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR PERMANENT RESTRAINING ORDER via USPS to that address below

　　D. G. SWEIGERT, C/O
　　PMB 13339, 514 Americas Way,
　　Box Elder, SD 57719

Dated: New York, New York December 4, 2024

Respectfully submitted,

*/s/ Jason Goodman*

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1