THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X
                  D. G. SWEIGERT

                         Plaintiff,                        **CERTIFICATE OF SERVICE**

         -against-

                  JASON GOODMAN
                       Defendant.
-------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the letter motion and exhibit via USPS to that address below

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York December 4, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998