D. G. SWEIGERT, C/O,
MAILBOX, PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

December 7, 2024

**Sweigert v. Goodman, 23-cv-05875-JGK**

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street New York, N.Y. 10007
Via ECF filing

Your Honor,

This letter requests your intervention in helping the parties to this legal action fashion a workable discovery plan. Regrettably, despite the best good faith efforts of both parties, such a "Rule 26(f)" discovery plan could not be formulated. A final attempt was made by the Plaintiff via telephone call today at 1:00 pm EST, but Mr. Goodman reported he had bad cell phone coverage and terminated that call.

To the extent that the Court would seriously consider Defendant's documents ECF 183, 185 and 186, the Plaintiff (mindful of the Court's prohibition against filing non-Rule 26(f) materials at this time) opposes these papers. Should the Court desire to be fully briefed on these matters discussed in 183/185/186 by the Plaintiff he will oblige.

In the alternative, the Court may simply wish to ignore these papers (183/185/186) as they appear to be scripts from the Defendant's pay -per-view podcasts on the pay-wall sites Patreon, Odysee, SubscribeStar, etc. See the Defendant's commercial programming under the title "Counter Lawfare with Jason Goodman".

Sincerely,

*D. Swt* (signature)

D. G. Sweigert

**CERTIFICATE OF SERVICE**

On this date, 12/7/2024, this communication was placed in the U.S. Mail with First Class postage addressed to Jason Goodman, 252 7th Avenue, New York, N.Y. 10001. Hereby certified under penalties of perjury.

*D. Swt* (signature)