THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                          Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X
                  D. G. SWEIGERT
                                                                                                   **CERTIFICATE OF**
                           Plaintiff,                                                    **SERVICE**
        -against-

                  JASON GOODMAN
                          Defendant.
-------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EXISTING MOTIONS via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

December 11, 2024

Respectfully submitted,

*[signature]*

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                                1