```
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                    Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X
                       D. G. SWEIGERT
                                                         CERTIFICATE OF
                               Plaintiff,                SERVICE
              -against-

                       JASON GOODMAN
                               Defendant.
-------------------------------------------------------------------X
```

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the MOTION FOR LEAVE TO FILE OBJECTIONS OUT OF TIME PURSUANT TO RULE 6(b)(1)(B), the MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(e), the MOTION FOR INJUNCTION AND RESTRAINING ORDER PURSUANT TO RULE 65 via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York January 14, 2025

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001

CERTIFICATE OF SERVICE                                                    1