THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

                    D. G. SWEIGERT

                        Plaintiff,
   -against-

                    JASON GOODMAN
                            Defendant.


------------------------------------------------------------------X


It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a

copy of the SUPPLEMENTAL MOTION REQUESTING AN IN-PERSON HEARING TO

ADDRESS PLAINTIFF'S CONTINUED HARASSMENT

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719


                                            Dated: New York, New York January 15, 2025

                                                          Respectfully submitted,

                                                                   Jason Goodman
                                                                   Pro Se Defendant
                                               truth@crowdsourcethetruth.org
                                                    252 7th Avenue Apt 6s
                                                        New York, NY 10001

CERTIFICATE OF SERVICE                                                                                1