THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                    D. G. SWEIGERT

                          Plaintiff,
      -against-

                  JASON GOODMAN
                      Defendant.
---------------------------------------------------------------------X

Case 1:23-cv-05875-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the SECOND SUPPLEMENTAL FILING IN SUPPORT OF PENDING MOTIONS AND REQUEST FOR IMMEDIATE ACTION via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York January 15, 2025

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998