**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
D.G. SWEIGERT,

                              Plaintiff,                        **23-CV-05875 (JGK) (VF)**

         -against-                                         **ORDER**

JASON GOODMAN,

                              Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

A conference is hereby scheduled for **March 24, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate the motion at ECF No. 201.

      **SO ORDERED.**

DATED:    New York, New York
               January 21, 2025

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge