```
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK              Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X
                    D. G. SWEIGERT
                                                   **CERTIFICATE OF**
                              Plaintiff,           **SERVICE**
           -against-

                    JASON GOODMAN
                         Defendant.
-------------------------------------------------------------------X
```

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of motion to Expedite the hearing via USPS to that address below

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York January 24, 2024

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998