**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
D.G. SWEIGERT,

                            Plaintiff,                   **23-CV-05875 (JGK) (VF)**

          -against-                                 **ORDER**

JASON GOODMAN et al.,

                            Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The conference is hereby rescheduled for **February 24, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               January 27, 2025

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge