D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

January 28, 2025

*Sweigert v. Goodman*, 23-cv-05875-JGK-VF

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:   Disposal of extra-judicial claims to Florida authorities

Dear Judge Figueredo,

1.   In light of Defendant Goodman's concern for the laws of Florida the undersigned offers the attached exhibit.

2.   It should be noted that the Defendant's non-stop social media smear campaign against the Plaintiff's loved ones is no different – in the eyes of the law – than a single pre-litigation letter sent to a licensed physician and a former public official.  Both are protected free speech.

3.   There are no winners here.

Respectfully,   Signed 01/28/2025

*D.Swt*   **D.G. SWEIGERT**

1

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been deposited in the U.S. Mails addressed to Jason Goodman, 252 7th Avenue, Suite 6S, New York, N.Y. 10001 on January 28, 2025.

Respectfully,     Signed on 01/27/25 (see above)

*D. Sgt*

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

January 27, 2025

Department of Health
Board of Medicine
4052 Bald Cypress Way Bin C-03
Tallahassee, FL 32399-3253

SUBJ:  **Dr. Mark A. Goodman, M.D. ME119838**

Ladies and Gentlemen,

1. Attached please find the remarkable affidavit of the subject physician who admits to a wide variety of ailments and symptoms that would disqualify him from maintaining an active status as a physician.

2. Paragraph 5 of the attached places the mental competency of this individual in question. This individual may be the victim of exploitation by his son as described in the document, which his son could have authored.

3. Aside from the numerous physical infirmities described in the document, that clearly impact a physician's judgment and professional fitness, the undersigned believes this document (attached) contains numerous perjurious statements.

4. It is suggested that the Board open a review into the medical worthiness of this individual who, according to the document, poses a threat to public safety.

Sincerely,

D. Sgt

D. G. Sweigert

Attachment

Courtesy copy to:

Dr. Mark A. Goodman, M.D.
12223 Bear River Road
Boynton Beach, FL 33473

IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------------X  
                            D. G. SWEIGERT  

                                Plaintiff,  

-against-  

                          JASON GOODMAN  
                          Defendant.  
-----------------------------------------------------------------------X  

Case 1: 23-cv-5875-JGK  

**AFFIDAVIT OF DR. MARK A. GOODMAN ATTESTING TO TRUE AND CORRECT INFORMATION**

I, Mark Goodman hereby affirm as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any crime involving moral turpitude, and I am competent to testify to all statements made herein.

2. I have personal knowledge of each and every statement made in this Affidavit and every such statements is true and correct.

3. I reside at 12223 Bear River Road Boynton Beach, FL 33473

4. I am an 83-year-old retired cardiologist (Florida medical license number E119838) and a United States Navy veteran.

5. I have severe and serious health problems, including a previous heart attack, atrial fibrillation, a pacemaker, diabetes and hearing impairment.

6. I make and submit this Affidavit to document harassment and elder abuse by David George Sweigert and in connection with the filing of a civil legal action seeking equitable relief and an injunction against Sweigert.

7. Sweigert has been suing my son, Jason Goodman, for the past eight years, demonstrating a pattern and practice of frivolous and vexatious litigation.

8. In order to further harass my son, he has now begun threatening to sue me and has been harassing me with threatening letters sent to my home.

AFFIDAVIT OF DR. MARK A. GOODMAN

9. In his legal threats, Sweigert falsely alleges that I have financed a wire and mail fraud ring operated by my son. He knows or should know that these allegations are untrue, and he makes them with no evidence out of pure malice.

10. I have nothing to do with my son's business, known as Crowdsource the Truth, no power over it or knowledge of its specific operation.

11. Sweigert's ongoing threats of litigation against me have caused me to experience severe anxiety and severe stress, which has caused a marked deterioration in my health and risks irreparable harm to me and my wife and family.

12. It has aggravated my underlying heart condition and my diabetes.

13. I am unable to sleep nights.

14. I have frequent heart palpitations and episodes of atrial fibrillation.

15. I am unable to control my diabetes and have very high elevated blood sugar levels.

16. Prior to Sweigert's false allegations I have never been accused of Medicare fraud.

17. I have never engaged in Medicare fraud.

18. Sweigert will fail to provide any evidence of Medicare fraud.

19. I have never met or spoken with Sweigert.

20. I have never treated Sweigert or any member of his family as a patient.

21. He has no reason to sue me apart from pure harassment and malicious intent.

Boynton Beach, FL January 23, 2025

*Mark A. Goodman, MD*

Mark A. Goodman, MD
12223 Bear River Road
Boynton Beach, FL 33473

AFFIDAVIT OF DR. MARK A. GOODMAN