**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
D.G. SWEIGERT,

                        Plaintiff,                        **23-CV-05875 (JGK) (VF)**

       -against-                                    **ORDER**

JASON GOODMAN et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      In light of Plaintiff's representation that he will face financial hardship to attend the February 24, 2025 conference in person with only a month's notice, the conference is hereby rescheduled for **April 1, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Court is not available for a conference on March 24, 2025, and the Court directs the parties to appear in-person for the conference.

      **SO ORDERED.**

DATED:    New York, New York
                 January 29, 2025

                                                     _____
                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge