AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| D. G. SWEIGERT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-cv-05875-JGK-VF |
| JASON GOODMAN | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: X CORP. c/o
C T CORPORATION SYSTEM
701 S CARSON ST STE 200, Carson City, NV, 89701, USA
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: X Corp. Attn: Safety - Legal Policy<br>865 FM 1209 Bldg. 2<br>Bastrop, TX 78602 | Date and Time:<br><br>03/17/2025 12:55 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* D.G.SWEIGERT
PMB 13339514 Americas Way, Box Elder, SD 57719 Spoliation-notice@r , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-cv-05875-JGK-VF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

December 30, 2024

*Sweigert v. Goodman,* 23-cv-05875-JGK (S.D.N.Y.)

| | |
|---|---|
| Elisa Egonu | Eric Meckley |
| Morgan, Lewis & Bockius | Morgan, Lewis & Bockius LLP |
| 101 Park Ave | One Market, Spear Street Tower |
| New York, NY 10178 | San Francisco, CA 94105 |
| 212-309-6043 | 415-442-1013 |
| elisa.egonu@morganlewis.com | 415-442-1001 (fax) |
| | emeckley@morganlewis.com |

Dear Counsels,

This concerns the Twitter, X CORP account:     @ JGoodman_CSTT

The issuance of a subpoena in the federal court serving Manhattan (S.D.N.Y.) for artwork and images presently in the possession of Twitter, X CORP, and/or Elon Musk will soon be issued.

As you may be aware Jason Goodman of 252 7th Avenue, New York, N.Y. 10001 filed a legal action against Twitter, X CORP and Elon Musk in the S.D.N.Y. last year. Twitter, X CORP, and Elon Musk all made appearances in that legal action.

The subject of this letter is the cited action known as *Sweigert v. Goodman*, which has moved to the discovery phase. Consequently, electronic documents will be sought from Twitter / X CORP., originally a co-defendant in that action.

As part of your duties owed to the California and New York State Bar Associations, as well as the S.D.N.Y., you are obligated to help reduce unnecessary costs and burdens associated with obtaining the discovery artwork and "media" images posted by the above-named account.

Jason Goodman has flatly refused to provide the media artwork posts that depicts the plaintiff in the following categories:

- Operation Paperclip NAZI member
- Mentally ill wife swapping psychopath
- Professional pimp of his ex-wife in wife swapping arrangements
- Participation in a trafficking conspiracy with S.D.N.Y. District Judge Valerie E. Caproni
- Has political ties to Middle Eastern terrorism organizations
- Etc.

1

Page two-Sweigert

This letter places you on notice that these discovery materials will be sought in a militant manner as Mr. Goodman uses a wealth of Twitter / X CORP. accounts for the sole purpose of distributing materials ripe with slander, defamation, linked with invasions of privacy.

As a courtesy to you, this letter will accompany the subpoena request against Twitter / X CORP. Should your client decide to voluntarily cooperate by providing the public artwork associated with this now terminated account such a subpoena would not be necessary.

The discovery request includes all media artwork distributed on account: @ **JGoodman_CSTT**

Best.

*D. Sngt*

D. G. Sweigert

P.S.: Other accounts held by Mr. Goodman: **@GHenryDickface , @csthetruth and @jg_cstt**


Copy provided to Jason Goodman

2