D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

February 5, 2025

*Sweigert v. Goodman,* **23-cv-05875-JGK**

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:     Request for Leave of Court to file Motion to Compel

Dear Judge Figueredo,

1. In light of the Defendant's ECF doc. 217, OBJECTION TO DISCOVERY REQUEST AND MOTION TO STRIKE IMPROPER REQUEST FOR SUBPOENA, the Plaintiff offers the following.

2. The undersigned *pro se* Plaintiff served discovery materials upon the Defendant prior to January 1, 2025. These materials included requests for all photos, artwork and images distributed by the Defendant on his now terminated Twitter (X) account known as: **@JGoodman_CSTT .**

3. In an e-mail message and in a phone call, the Defendant has refused to provide these images, artwork, photos, insisting that the *pro se* Plaintiff already has them in his possession. This is not the case.

4. In consideration of the foregoing, and in lieu of a F.R.C.P. Rule 45 subpoena, the *pro se* Plaintiff can provide the Court a with Motion to Compel such discovery.

1

Respectfully,     Signed 02/05/2025

*[signature: D. Sgt]*

                                        **D.G. SWEIGERT, PRO SE PLAINTIFF**

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,     Signed this 02/05/2025

*[signature: D. Sgt]*

                                        **D.G. SWEIGERT, PRO SE PLAINTIFF**