**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
D.G. SWEIGERT,

                            Plaintiff,                   **23-CV-05875 (JGK) (VF)**

           -against-                                   **ORDER**

JASON GOODMAN,

                            Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       The Court will address the issues raised at ECF Nos. 216, 217, and 219 at the April 1, 2025 conference. The parties are directed to raise any additional discovery disputes by letter to the Court filed on ECF by **Wednesday, March 19, 2025**. Responses to any such letters are due **Wednesday, March 26, 2025**. The disputes raised in the parties' letters will be addressed by the Court at the April 1, 2025 conference.

       **SO ORDERED.**

DATED:    New York, New York
                February 6, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge