D. G. SWEIGERT, C/O, MAILBOX, PMB 13339<br>
514 Americas Way, Box Elder, SD 57719<br>
Spoliation-notice@mailbox.org

February 7, 2025

*Sweigert v. Goodman,* 23-cv-05875-JGK

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:   Delinquency of Defendant's Discovery Responses

Dear Judge Figueredo,

1.   In light of the Defendant's ECF doc. 222, RULE 72 OBJECTION TO MAGISTRATE JUDGE FIGUEREDO'S ORDER (Dkt. 215), the Plaintiff offers the following table to inform the Court of discovery materials sent to the Defendant. No response has been received as the date of this letter.

| Discovery Artifact | Date mailed to Defendant |
|---|---|
| REQUESTS TO ADMIT | 12/25/2024 |
| FIRST SET OF INTERROGATORIES | 12/29/2024 |
| PRODUCTION OF DOCUMENTS | 01/01/2025 |
| PROPOSED CONFIDENTIALITY AGREEMENT | 01/05/2025 |

Respectfully,   Signed 02/07/2025

*D. Swt* (signature)

**D. G. SWEIGERT PRO SE PLAINTIFF**

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,      Signed this 02/07/2025

*D. Sgt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**