THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK                Case 1:23-cv-05875-JGK
-----------------------------------------------------------------------X
                  D. G. SWEIGERT
                                                                                                       **CERTIFICATE OF**
                           Plaintiff,                                              **SERVICE**
      -against-

              JASON GOODMAN
                        Defendant.
-----------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the Motion to Stay Discovery via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York February 9, 2025

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998

CERTIFICATE OF SERVICE                                                                                                    1