Hon. John G. Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007
Via pro se electronic filing

Re: Case No.:  Case 1: 23-cv-5875-JGK
              Sweigert v Goodman

February 11, 2025

Dear Judge Koeltl,

Despite the appointment of Magistrate Judge Valerie Figueredo, I address this letter to you because her handling of this out-of-control litigation thus far has been unfair, incompetent, grossly biased in favor of the vexatious Plaintiff, and not compliant with the rules as described in the pending motion for her recusal filed February 9, 2025, which the clerks have not entered on the docket at the time of this writing.

Plaintiff David George Sweigert is a psychopath who is obsessed with me and has been suing me for the past eight years. I've never met or interacted with him apart from his frivolous litigation. I never spoke of him before he initiated this insane campaign to destroy my business and personal life. All of his litigation is inherently violative of FRCP Rule 11 because it is brought for the wrongful purpose of harassing me and ONLY for that purpose. I've attached a recent example of Sweigert's ongoing extrajudicial harassment. He carefully disguises his harassment as privileged communications in the form of "litigation warnings" and "declarations to law enforcement." These thin veneers should not deceive the Court. In his recent letter to NYPD, Sweigert describes me as an "alleged domestic terrorist." This explosive false allegation originates with Mr. Sweigert. Furthermore, he openly lies to NYPD about other allegations just as he lies to this Court. Sweigert has sent numerous communications to my innocent 83 year old

father at his private home in Florida threatening litigation and other outrageous things. Sweigert emails me daily and constantly attempts to interfere with parties I rely upon to do business. Sweigert has dedicated his life to destroying mine and the Court has allowed him to proceed. Sweigert is a serial cyber stalker, a serial harasser and obviously a mentally ill, obsessed psychopath who simply must be enjoined from ever contacting or interacting with me again.

At the outset of this litigation on November 7, 2023, I filed a detailed motion for Rule 11 sanctions (See case 1:23-cv-06881-JGK Dkts. 53 – 55 and case 1:23-cv-05875 Dkts. 60 –62). These well-reasoned, detailed filings and all of the arguments raised were completely ignored, first in your order dismissing Alphabet and X Corp and then again in your order denning reconsideration. The motion must be ruled upon and Sweigert must be enjoined.

Sweigert's campaign of harassment and persistent abuse of this litigation can no longer be tolerated. This case must be permanently ended. Sweigert must be sanctioned, and he must be enjoined from ever communicating with me or about me in perpetuity for the rest of time throughout the universe to any other party or about any party related to me. There is no other way to resolve this that will be acceptable, and any other decision will be appealed until the proper resolution is reached or I am unable to appeal it further. It is this Court's judicial obligation to serve the law, and the time has come to do that and end this decade-long madness.

Respectfully submitted,

Jason Goodman
Defendant Pro Se
252 7th Avenue #6s
New York, NY 10001
347-380-6998

D. G. SWEIGERT, C/O, MAILBOX, PMB 13339

Spoliation-notice@

February 2, 2025

NYPD Counterterrorism Bureau (CT)
315 Hudson Street
New York, NY 10014

Jason Goodman

SUBJ:    Jason Goodman, born           19

Dear NYPD,

1.      The alleged domestic terrorist Jason Goodman recently lost a legal action accusing the N.Y.P.D. and the J.T.T.F. of operating an illegal surveillance in his neighborhood.

2.      Mr. Goodman has a long history of making social media threats against federal judges Valerie E. Caproni and Jessica G. L. Clarke. Also, he is a known associate of Roger Stone and has released several social media podcasts with ex-N.Y.P.D. officer Sal Greco, see *Greco v. The City of New York* et al, 22-cv-05109-FB-LKE, E.D.N.Y.

3.      As Mr. Goodman has been photographed on social media with an AR-15 assault rifle and handgun, you may want to place him on the appropriate watchlist. You may want to place a copy in your files.

Respectfully,   Signed 02/02/2025

*D. S—t*

**D.G. SWEIGERT**

1