THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK            Case 1:23-cv-05875-JGK
-------------------------------------------------------------------X

             D. G. SWEIGERT

                  Plaintiff,           **CERTIFICATE OF SERVICE**

     -against-

           JASON GOODMAN
                  Defendant.
-------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the letter to Judge Koeltl via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York February 11, 2025

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998