THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK              Case 1:23-cv-05875-JGK
------------------------------------------------------------------X
                    D. G. SWEIGERT

                           Plaintiff,               **CERTIFICATE OF SERVICE**

            -against-

                  JASON GOODMAN
                       Defendant.
------------------------------------------------------------------X

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the response in opposition via USPS to that address below

D. G. SWEIGERT, C/O
PMB 13339, 514 Americas Way,
Box Elder, SD 57719

Dated: New York, New York February 11, 2025

Respectfully submitted,

Jason Goodman
Pro Se Defendant
truth@crowdsourcethetruth.org
252 7th Avenue Apt 6s
New York, NY 10001
347-380-6998