D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

February 11, 2025

*Sweigert v. Goodman,* **23-cv-05875-JGK-VF**

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street, New York, N.Y. 10007
Via ECF filing

SUBJ:        Plaintiff's Request for Issuance of a Third-Party Subpoena

Dear Judge Figueredo,

1.        As the Court is aware, the Defendant has refused to respond to the Plaintiff's discovery

requests propounded on the Defendant in accordance with your ORDER at ECF no. 194.

| 194 | ORDER terminating 177 Letter Motion for Leave to File Document. Based on the parties' representations at the December 18, 2024 conference concerning the discovery each party plans to request in this matter, the Court hereby orders the following discovery schedule: The parties are directed to exchange initial written discovery requests by January 18, 2025. The deadline to complete all discovery, including any depositions, is May 18, 2025. The parties may write to the Court to request a settlement conference at any time they believe that such a discussion would be fruitful. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 177. (Signed by Magistrate Judge Valerie Figueredo on 12/18/2024) (rro) (Entered: 12/19/2024) |
|---|---|

2.        The Defendant refuses to provide media, artwork and other such artifacts that he has posted

on his Twitter (X.Com) account known as**: @JGoodman_CSTT** .  Purportedly this account was

terminated by the Defendant himself upon commencement of this litigation as it contained artifacts

that included the facial representation of the Plaintiff (see attached **Exhibits**).

3.         If the Defendant will not provide discovery of these artifacts the Plaintiff requests approval

of the third-party subpoena submitted at ECF no. 216 to obtain copies of these materials.

4.        In the interest of judicial efficiency and in light of the foregoing, the *pro se* Plaintiff herein

requests that the Court approve the subpoena request to X.COM (formerly Twitter).

Respectfully,    Signed 02/11/2025

**D.G. SWEIGERT**

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed on 02/11/2025 (see above)

**EXHIBITS**







