UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN,

                Defendant.

23-cv-5875 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant Jason Goodman has submitted a letter directed to this Court. ECF No. 231. To the extent there was a prior motion brought pursuant to Federal Rule of Civil Procedure 11, any such motion was **denied**. The defendant's letter is not a proper Rule 11 motion and is therefore **denied**.

    This case has been assigned to Magistrate Judge Figueredo for General Pretrial purposes. ECF No. 40. Accordingly, all applications for relief should be made in the first instance to Magistrate Judge Figueredo.

SO ORDERED.

Dated:    New York, New York
             February 13, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge