UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| D. G. Sweigert | | |
| | Plaintiff, | **PRO SE** |
| -against- | | |
| | | 23-cv-05875-JGK-VF |
| Jason Goodman | | |
| | Defendant | **John G. Koeltl, presiding** |
| | | **Valerie Figueredo, referral** |

# PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSIONS FROM DEFENDANT GOODMAN

COMES NOW Plaintiff D. G. SWEIGERT and very respectfully, for the reasons articulated in the accompanying Memorandum of Law, REQUESTS this Court ORDER Defendant Goodman to respond to discovery.

Dated this February 15, 2025

*[signature: D. Swt]*

D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719

## CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed on 02/15/2025

*[signature: D. Swt]*

D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719

1

## MEMORANDUM OF LAW

### FACTS

1. By ORDER ECF 194, 12/18/2024, the parties were directed to engage in discovery[1].

2. On Feb. 7, 2025, ECF no. 224, the Plaintiff advised this Court of the Defendant's delinquency in answering three (3) individual discovery documents, served on the Defendant prior to January 2, 2025, to include: Rule 36 Request to Admit, Request for the Production of Documents and Interrogatories[2].

3. Defendant was warned via e-mail messages that his failure to comply with the Federal Rules of Civil Procedure concerning discovery would require a Motion to Compel (**Exhibit One**). In said e-mail message, 02/12/2025 7:58 PM PST, Defendant responded "put it on the docket you psychopath," when informed by the Plaintiff that a Motion to Compel discovery would be filed if he did not respond to discovery requests ("Kindly respond immediately or a Motion to Compel will be docketed", Feb 12, 2025, at 10:46 PM). **See Exhibit One.**

4. The Defendant has not responded with any discovery responses of any kind as of the date of this writing.

### LAW AND ARGUMENT

5. Under Federal Rule of Civil Procedure 37(a)(3)(B), if a party does not properly respond to discovery requests, the requesting party may file a motion to compel.

---

[1] …The parties are directed to exchange initial written discovery requests by January 18, 2025. The deadline to complete all discovery, including any depositions, is May 18, 2025. The parties may write to the Court to request a settlement conference at any time they believe that such a discussion would be fruitful. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 177. (Signed by Magistrate Judge Valerie Figueredo on 12/18/2024) (rro) (Entered: 12/19/2024)

[2] LETTER addressed to Magistrate Judge Valerie Figueredo from D. G. Sweigert dated 2/7/2025 re: Delinquency of Defendants Discovery Responses. Document filed by D. G. Sweigert.(rro) (Entered: 02/07/2025)

6. "If the responding party fails to produce documents, the party seeking discovery may move for an order compelling an answer, designation, production, or inspection. See Fed. R. Civ. P. 37(a)(3)(B); see also Wright v. New Moda, L.L.C., 17-cv-9737 (JGK)(SN), 2019 WL 2071158, at *3 (S.D.N.Y. May 10, 2019)." *Harris v. Bronx Parent Hous. Network, Inc.*, 18-CV-11681 (GBD)(SN), 4 (S.D.N.Y. Feb. 14, 2020).

## CONCLUSION

7. For the foregoing reasons the Plaintiff requests this Court to ORDER the Defendant to respond to the discovery requests propounded upon him.

Respectfully,    Signed on 02/15/2025

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,
514 Americas Way, Box Elder, SD 57719**

**EXHIBIT ONE**

---------- Original Message ----------
From: Jason Goodman <truth@crowdsourcethetruth.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>
Date: 02/12/2025 7:58 PM PST
Subject: Re: Discovery Response Over-due


Yes, but we're in a discovery dispute because this should've never gone to discovery there's a matter of law to be resolved plus there was no ruling on the rule 11 motion. Everything about this case is violative of the rules and it should've been dismissed over a year ago stop emailing me and put it on the docket you psychopath.

> On Feb 12, 2025, at 10:46 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:
>
> REF:  OPPOSITION TO PLAINTIFF'S REQUEST FOR ISSUANCE OF THIRD-PARTY SUBPOENA
>
> Mr. Goodman,
>
> This may help you in understanding discovery.
>
> According to the Federal Rules of Civil Procedure (FRCP), a party must respond to interrogatories within 30 days of being served. However, the court or the parties can agree to a different time.
>
> According to the Federal Rules of Civil Procedure (FRCP), a party has 30 days to respond to a request for production of documents after being served with it; this means they must provide a written response within that timeframe, either agreeing to the request or stating their objections with specific reasons.
>
> According to the Federal Rules of Civil Procedure (FRCP), a party has 30 days to respond to a request for admission of documents, meaning they must either admit or object to the request within that timeframe; this time period can be modified by the court or by agreement between the parties.
>
> Kindly respond immediately or a Motion to Compel will be docketed.
>
> Best,