UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| D. G. Sweigert | | |
| | Plaintiff, | **PRO SE** |
| -against- | | |
| | | **23-cv-05875-JGK-VF** |
| Jason Goodman | | |
| | Defendant | **John G. Koeltl, presiding** |
| | | **Valerie Figueredo, referral** |

**PLAINTIFF'S REQUEST FOR THE CORRECTION OF THE DOCKET**

COMES NOW Plaintiff D. G. SWEIGERT and very respectfully REQUESTS that this Court correct the docket entry for *pro se* Defendant Jason Goodman as he is NOT represented. Below is pictured the incorrect docket entry made in error.

**Defendant**

**Jason Goodman**
*doing business as*
21st Century 3D
*doing business as*
CrowdSource The Truth

represented by **Kenneth Michael Trujillo-Jamison**
Willenken LLP
707 Wilshire Blvd, Suite 4100
Los Angeles, CA 90017
213-955-8031
Fax: 213-955-9250
Email: ktrujillo-jamison@willenken.com
*ATTORNEY TO BE NOTICED*

**Peter Michael Shimamoto**
Willenken LLP
707 Wilshire Blvd.
Ste 4100
Los Angeles, CA 90017
213-955-9240
Fax: 213-955-9250
Email: pshimamoto@willenken.com
*ATTORNEY TO BE NOTICED*

1

Dated this February 16, 2025

*[signature: D. Sgt]*

**D. G. SWEIGERT, C/O, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

### CERTIFICATE OF SERVICE

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,      Signed on 02/16/2025

*[signature: D. Sgt]*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**