UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

D. G. Sweigert

                Plaintiff,                  PRO SE

-against-

                            23-cv-05875-JGK-VF

Jason Goodman

                Defendant               **John G. Koeltl, presiding**

                                      **Valerie Figueredo, referral**

### DECLARATION OF D. GEORGE SWEIGERT

COMES NOW *pro se* Plaintiff D. G. SWEIGERT and very respectfully REQUESTS that this Court take notice of this statement which is made in accordance with 28 U.S.C. § 1746 and is made under the penalties of perjury, as the *pro se* Plaintiff states as follows:

1. I make these statements based upon my personal knowledge.

2. On the morning of Thursday, February 20, 2025, I took computer screen shots of the X.COM account @JG_CSTT aka "Crowdsource The Truth".

3. A true representation of these screen shots appear as attachments to this declaration.

4. I observed the following headline posted by the Defendant on this account, "Do people remember the time I discovered evidence that @RealGeorgeWebb1's mentally ill, wife swapping, paperclip Nazi brother was paid over $500,000 by @NIH to cyberstalk, harass and endlessly sue me? He should be investigated and prosecuted. @RobertKennedyJr"

https://x.com/JG_CSTT/status/1892590297298649090

5. I observed that the "thumb nail" for this video broadcast contains my likeness, not a cartoon image or artistic drawing (see attachment).

1

6. I observed that at the time mark of 8:53 the Defendant, the speaker in the video podcast, identifies the Plaintiff by name, purported e-mail address and phone number (see attachment).

7. At time mark 8:58 the speaker vocalizes "this is him", indicating that the *pro se* Plaintiff is a federal contractor at the U.S. National Institute of Health (N.I.H.).

8. The speaker goes on to conflate the *pro se* Plaintiff with an N.I.H. contract for the study of misinformation, disinformation and malinformation.

9. I have never been a contractor for the N.I.H. and I have never worked on any such contract. I have never received funds from the N.I.H. in any manner and certainly not as an employee.

10. I hereby demand, as part of the discovery process, that the Defendant produce such evidence for the Court's review.

Dated this February 20, 2025

*[signature]*

**D. G. SWEIGERT, C/O, PMB 13339
514 Americas Way, Box Elder, SD 57719**

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed on 02/20/2025

*[signature]*    **D. G. SWEIGERT PRO SE PLAINTIFF**

## ATTACHMENTS



https://x.com/JG_CSTT/status/1892590297298649090

3



https://x.com/JG_CSTT/status/1892590297298649090