UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.G. SWEIGERT,

          Plaintiff,

- against -

JASON GOODMAN,

          Defendant.

---

23-cv-5875 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's request for a pre-motion conference for a motion for summary judgment, ECF No. 243, is **denied**. Such a motion would not relate to the current allegations in the operative complaint. The plaintiff should complete discovery which is under supervision by Magistrate Judge Figueredo.

SO ORDERED.

Dated:  New York, New York
        February 26, 2025

                                        John G. Koeltl
                                  United States District Judge