THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                       D. G. SWEIGERT

                            Plaintiff,
    -against-

                   JASON GOODMAN
                      Defendant.
------------------------------------------------------------------X

Case 1:23-cv-05875-JGK

**CERTIFICATE OF SERVICE**

It is hereby certified that Defendant Pro Se, Jason Goodman, served Plaintiff with a copy of the OBJECTION to Magistrate's order via USPS to that address below

    D. G. SWEIGERT, C/O
    PMB 13339, 514 Americas Way,
    Box Elder, SD 57719

Dated: New York, New York March 3, 2025

                            Respectfully submitted,

                            Jason Goodman
                            Pro Se Defendant
            truth@crowdsourcethetruth.org
                   252 7th Avenue Apt 6s
                     New York, NY 10001
                          347-380-6998