D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

March 13, 2025

*Sweigert v. Goodman,* **23-cv-05875-JGK**

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:   Status Conference April 1, 2025, Request for Adjournment pursuant to (1)(e) of Your Honor's Individual Practices in Civil Cases

Dear Judge Figueredo,

1.   In light of pending requests made to the Court at ECF no. 247 and 248 the Plaintiff requests a thirty (30) day adjournment of the Status Conference (scheduled 4/01/2025) to allow the Court thoughtful reflection on these matters without a looming deadline.

2.   Such an adjournment will also allow the Defendant additional time to comply with the discovery already served upon him.  No discovery materials have been received from the Defendant to date.

3.   The Defendant has stated in an e-mail message that he does not favor such an adjournment:

> From: Jason Goodman <jason@21stcentury3d.com>
> To: Spoliation Notice <spoliation-notice@mailbox.org>
> Cc: truth@crowdsourcethetruth.org, 21stcentury3d@gmail.com, jasongoodman3d@gmail.com, Spoliation Notice <spoliation-notice@mailbox.org>
> Date: 03/12/2025 7:52 PM PDT
> Subject: Re: 1:23-cv-05875-JGK-VF Sweigert v. Goodman et al
>
>
> Request denied no more delays. You either show up there April 1 or the case will be dismissed which it should be anyway.  Why don't you voluntarily withdraw the case go away and leave me alone for the rest of time?Otherwise I'm going to see to it that you're putin jail, Mr. Sweigert. You are a sick and twisted individual harassing my parents filing letters all over the place. Just withdraw the case and go away forever. You obnoxious maniac.

4.   Proposed new dates for such a Status Conference are suggested for May 5, 2025 or May 13, 2025.

1

Respectfully,    Signed 03/13/2025

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF**

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,    Signed this 03/13/2025

*D. Swt*

**D. G. SWEIGERT PRO SE PLAINTIFF, C/O PMB 13339,**
**514 Americas Way, Box Elder, SD 57719**