D. G. SWEIGERT, C/O, MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

March 16, 2025

*Sweigert v. Goodman,* 23-cv-05875-JGK

U.S. Magistrate Judge Honorable Valerie Figueredo
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007
Via ECF filing

SUBJ:   Status Conference April 1, 2025, ORDER at ECF no. 221, 02/06/2025, request for telephonic participation due to job loss.

Dear Judge Figueredo,

1.  First, this letter is furnished in accordance with your order published at ECF no. 221. As of today, the undersigned has received nothing from the Defendant in the form of discovery. This includes the lack of any disputes or objections; simply nothing has been received.

2.  Therefore, regarding any "discovery disputes" (ECF at 221), it is asserted that all discovery is herein disputed by the Plaintiff as the Defendant has provided nothing to date.

3.  Second, as of today the undersigned has been unemployed for two (2) months due to an employer lay-off. The lack of income of two (2) months has severely depleted the resources available for air travel to New York City.

4.  On humanitarian grounds, the undersigned hereby requests participation in the April 1, 2025 Status Conference via telephone conference call.

Respectfully,   Signed 03/16/2025

D. G. SWEIGERT PRO SE PLAINTIFF

**CERTIFICATE OF SERVICE**

Hereby certified under penalties of perjury that a true copy of this pleading has been e-mailed to YouTuber Jason Goodman at jason@21stcentury3d.com and <truth@crowdsourcethetruth.org>

Respectfully,   Signed this 03/16/2025

1