UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.G. SWEIGERT,

          Plaintiff,

   - against -

JASON GOODMAN,

          Defendant.

23-cv-5875 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant, Jason Goodman, objects to the Order of Magistrate Judge Figueredo that denied the defendant's motion for recusal pursuant to 28 U.S.C. §§ 144 and 455. ECF No. 247. When a party objects to a magistrate's non-dispositive order, the order is reviewed for clear error or rulings contrary to law. Thomas E. Hoar, Inc. v. Sara Lee Corp., 900 F.2d 522, 525 (2d Cir. 1990).

    In this case, the Magistrate Judge correctly reviewed the defendant's claims of bias and determined that they were not substantiated. The Magistrate Judge's Order was plainly correct and not clearly erroneous or contrary to law.

    The defendant's objections are overruled.

SO ORDERED.

Dated:   New York, New York
          March 24, 2025

                                          John G. Koeltl
                                       United States District Judge