UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.G. SWEIGERT,

                Plaintiff,

    - against -

JASON GOODMAN,

                Defendant.

23-cv-5875 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 254. Accordingly, this action is **dismissed without prejudice**.

    No further filings are authorized in this case. Any future filings in this case may be stricken pursuant to this Order.

    All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close all pending motions and to close this case.

SO ORDERED.

Dated:    New York, New York
            April 1, 2025

                                      John G. Koeltl
                                  United States District Judge